UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI RAMANI

20 CV 1732

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

Amazon . Com

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ____VALMIKI Ramani____, is a citizen of the State of
(Plaintiff's name)

____New york State____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Amazon · Com_____, is a citizen of the State of
(Defendant's name)

_Seattle — Oregon WA 98109_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Amazon · Com_____, is incorporated under the laws of

the State of _Seattle — Oregon WA 98109  WA 98109_

and has its principal place of business in the State of _Seattle  Oregon_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_VALMIKI_         _D_         _RAMAYLI_
First Name        Middle Initial    Last Name

_139-05  85 DR        6D_
Street Address

_Briarwood          NY        11435_
County, City          State        Zip Code

_718-291-2978          VALMIKIDR@gmail.com_
Telephone Number        Email Address (if available)

Page 3

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Amazon.Com
_____
First Name                          Last Name

410 Terry Ave North Seattle WA 98109
_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

Defendant 2:   _____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

Defendant 3:   _____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                           State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York City — County Queens_

Date(s) of occurrence: _September_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Bought in stock Gel Pack for pain Relief from Amazon.com, after third use while in use, the gel inside the pak poured out covering my abdomen, hip to upper leg area (as seen in attached pictures.) I initally suffered Red - Pink colour skin — of which my physician described as contact dermatitis, later brown patches arrived where the gel was on my body & to date one remains on my abdomen of which steroids cream cannot remove. I filed lawsuit against Defendant, but now due to prejuice my case is dismissed in favour of defendant attorney motion although I used the same modi operandi of service accepted as in 90 auctied in past 9 mths, 60 days after, Case was dismissed as service was deemed inproper.

although this is how I was instructed to file the first Lawsuit which was settled out of Court (file herein contained) Sixty days later Lawsuit for $25,000 was filed under same modi operandi of Service, and this has been deemed not acceptable and so my case was dismissed

If the Court wish to inquire in regar to of Amazon how they accept process of Civil Service the facts might prevail.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered initally Contact Dermatis then Large brown patches on my skin appeared Now on on my abodmen remains nd sterioid Cream cannot remove.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am seeking monetary Relief for the above damage to my person as this Court would find suitable.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 2-26-20 | Valmiki Raman |
|---|---|
| Dated | Plaintiff's Signature |
| Valmiki          D | Ramani |
| First Name          Middle Initial | Last Name (D) |
| 139-05   85 DR | |
| Street Address | |
| Briarwood | NY          11435 |
| County, City | State          Zip Code |
| 718-291-2978 | VALmiki.D.Ra]Gmail.Com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Valmiki Raman,
            Plaintiff

v

Amazon . Com,
            Defendant

After getting the notice that my case was
dismissed ( the Judge was negro, the defense
attorney was a rookie of negro decent ), I filled
out the papers for an appeal, but did not
file them as I realise if I have been wasting
my time in the Civil Court and the my share
Supreme Court. Therefor I have brought
my case to this Court as I know I can
be assured of a Justifiable review of my
case. Why papers were properly filled
and I am left with a brown patch
on my abdomon which is not going away
despite the use of steriod cream. I have
a permanent damanage, and ask this court
to take my case and award me what it
deem fit for damages I endured as a
Result of Amazon . Com defective and
Toxic product, which they carry in
stock.

                        Valmiki Raman

                        V Almiki Raman

U S COURT — SOUTHERN DISTRICT of NEW YORK

VALMIKI RAMANI
        plaintiff

Amazon . Com                                    Complaint
        defendant

① To this count I hereby states, in July of
2019, I was assaulted by a Amazon delivery person
I filed a lawsuit in the Queens Civil Court for $5,000
their lawyers offered $2,000 out of court settlement
I accepted, all files on this cased is enclosed. I called Amazon
. Com and was told they have a department set up Just to
handle civil suits, and did not accept personal service
only via email and Fax, which is how I pursued the
Lawsuit.

② Sixty day later I had reason to file another lawsuit
against Amazon.Com, as the cool Pak they sold
me released all the gel in it and was on my abdomen
down to my left thigh — buttox area. I experienced
contact dermatitis, and later developed three large brown
patches where the gel was exposed to. Today the one on
my abdomen remains and all steroid creams are
not getting rid of it. I served (had) the summons
and complaint the sameway as before. Amazon
sent their attorney to defend it on the grounds
that service was not done properly, Amazon ever changed
their email address and Fax number:

① (circled at bottom)

Amazon is the Largest Firm in the world it's owner
is worth 140 Billion dollars, yet they
would do anything to get out of selling me
a cheap chinese made product that has caused
me bodily harm.

(3) I persued the Law Suit (paper enclosed) in the
Civil Court of Queens and eventually had it
dismissed by a black Judge in favour of
the black attorney representing Amazon.
I could never win a Law Suit in the Supreme
Court or Civil Court in Jamaic Queens.

(4) I am therefor asking for help in addressing
the defective sold to me by Amazon. I am
enclosing all files.

Valmiki Ram
VALMIKI Rawani

Tele 718 291 2278                         139-05-85-DRGD
Email valmiki.D.R@Gmail.Com  BRIARWOOD ny 11435

(2)

Civil Court of the City of New York

County of _____

Part _____

VALMIKI RAMANi

Claimant(s)/Plaintiff(s)/Petitioner(s),

-against-

AmAZON·com

Defendant(s)/Respondent(s)

Index Number CV-03155649/Qu

NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Appellant, VALMIKI RAMANi

hereby appeals to the Appellate Term of the Supreme Court, First/~~Second~~ Department, from

Strike one

the Order/~~Judgment~~ by the Hon. Lance Evans

Strike one

Judge of ~~the Civil~~/Housing Court of the City of New York, entered in the office of the Clerk of

Strike one

said Court on Jan 16 2020 _____, and from each and every part thereof.

Dated: 2-25-20

Appellant's Signature: Valmiki Ram

Appellant's Name: VALMIKI RAMANi

To:

Tau Reeves

Davis WRight Tramaine

1251 6th Ave Ny 10020

Address: 139-05 86 DR 6D

BRiarwood Ny 11435

Appellant's Phone: 718-291-2978

CIV-GP-67A (Revised October, 2003)

## INSTRUCTIONS FOR SERVICE

A party to the action cannot serve the Notice of Appeal. It must be served by some other person, 18 years of age or older. [CPLR 2103 (A)]

In the event the other party is represented by an attorney, you are required to have the Notice of Appeal served upon the attorney. After service has been made, the Affidavit of Service by Mail (item "A" below) must be completed by the person who served the papers and sworn to before a Notary Public.

In the event the other party is not represented by an attorney, you are required to have the Notice of Appeal served on the other side. After service has been completed, the Affidavit of Service by Mail (item "B" below) must be completed by the person who served the papers and sworn to before a Notary Public.

---

### AFFIDAVIT OF SERVICE BY MAIL
#### UPON THE PARTY'S ATTORNEY OR UPON A PARTY

State of new York      ) ss.:
County of Queens      )

The undersigned being duly sworn , deposes and says:
He or she is not a party to the action, is over 18 years of age and resides at:

---

( ) A. That on _2 - 25_ , 20 _20_ deponent served the within Notice of Appeal on _Jaa Reaver_ , Attorney(s) for _Amazon . Com_ in this action at _Davis Wright Tremaine 1251 6 Av 21 Fl ny 10020_ the address designated by said attorney(s) for that purpose

( ) B. That on _2/25_ , 20 _20_ deponent served the within Notice of Appeal upon the other party _____ ·in this action at _____ the address designated by said other party for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me
this _25_ day of _February_ 20 20

_____
NOTARY PUBLIC

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

_Suleyn_
Signature

_Milana Suleymanova_
Print Name

2

Civil Court of the City of New York
County of Queens
Part ___101___

Index Number __CV-031556-19/QU____
Motion Cal #_1___ Motion Seq. #___
Papers Submitted to Special Term
on __November 15, 2019_____

VALMIKI RAMANI,

Plaintiff(s),

against

AMAZON.COM,

Defendant(s)

**DECISION/ORDER**

Civil Court
of the
City of New York

JAN 16 2020

ENTERED
QUEENS COUNTY

Recitation, as required by CPLR §2219(a), of the papers considered in the review of this motion by the Patricia Rivers for an order granting stay the sale , destruction or disposition of the vehicle, the retention of which by a garage keeper is the subject of the proceeding.

| | Papers Numbered |
|---|---|
| Notice of Motion - Affidavits - Exhibits - Service | 1 |
| Notice of Motion Affirmations- Exhibits - Service | 2 |

The plaintiff *pro se* herein brings a motion seeking approval of his attempt to serve the summons and complaint in the underlying action. The Defendant moves to dismiss the complaint pursuant to CPLR 311(a)(1), 3211 (a)(7), 3211(a)(8), and/or 3211(a). The movant's affidavit in support states that he was instructed (without providing the identification of the person) that service of his papers should be done by email and fax; that they do not accept personal service. The movant alleges that he followed the instruction and his papers were accepted by the same "firm" that represents the defendants in this law suit. The movant emphasizes that the defendants' present counsel are the same as the firm represented them in a law suit circa July 30, 2019. The movant asserts that the law firm's insistence that the service was defective is because this law suit's "demand for compensation damages is larger in this case". The movant revisited the series of steps undertaken in the July 30, 2019 law suit, which includes, inter alia, that he filed " a copy of service on July 30, 2019 with Rm. 147". Eventually, an out of court settlement was accomplished in that matter. The movant emphasizes that a comparison of the affidavit(s) of service in the July law suit with the affidavit of service dated September 26, 2019  in the instant

1 of 2

suit demonstrated that there is a dissimilarity. The affidavit of service under index no. CV-026077/19 dated 7/29/19 states that the summons with endorsed complaint was delivered to (206) 266-7010 subpoena-civil@ Amazon.com. Whereas, under index no. CV-031556/19, the affidavit of service states the summons with endorsed complaint was delivered via email to subpoena-civil @ Amazon.com. In either case, service does not comport with the CPLR.

In opposition to the motion, defendants argue the workings of CPLR 3211, specifically, inter alia, CPLR 32111(a)(8) in concert with CPLR 311(a)(1) which require personal service to be performed by personal delivery to a corporate officer or relative designate. In Defendant's memorandum of law, there is a focus paid upon the Plaintiff's prior action through his process sever's delivery of that complaint via fax and email. Yet, the Defendant did settle that action with the Plaintiff. However, now Defendant takes umbrage by remonstrating that the Plaintiff's present service was defective when seemingly the only difference is that Plaintiff did not fax the summons and complaint. Nonetheless, the Court finds that the reasoning which allowed a settlement to occur with a similar type of service of process should not vitiate the statute, CPLR 311 (a)(1) and condone as well as elevate, the service herein to prosecute the instant complaint. In either case, service was deficient.

Accordingly, the Court finds that the Plaintiff failed to demonstrate compliance with CPLR 311(a)(1) and establish personal jurisdiction of the Court. The other arguments of the Defendant are not reached for consideration. As such, the complaint is dismissed.

The foregoing constitutes the decision and order of the Court.

Date: ___12/17/19___

_Lance Evans_

**HON. LANCE EVANS**
**Judge, Civil Court**

## Supreme Court of the State of New York
## Appellate Term: Second Department
Request for Appellate Term Action [RATA] (Pursuant to 22 NYCRR 731.2 [a]) - Civil

| | |
|---|---|
| **Case Title:** Set forth the title of the case as it appears on the summons, notice of petition or order to show cause by which the matter was or is to be commenced, or as amended.<br><br>VALMIKI RAMANI<br>-against-<br>Amazon -Com- | **For Court of Original Instance**<br><br>Date Notice of Appeal Filed<br><br>**For Appellate Term** |

### Case Type

☐ Small Claims    ☐ Landlord & Tenant    ☒ Civil    ☐ No Fault

### Appeal

**Paper Appealed from:**    ☒ Judgment    ☐ Order    ☐ Decision
(Check all that apply)

| | | | |
|---|---|---|---|
| Court : | Civil Court | County: | Queens |
| Dated: | Jan 16 2020 | Entered: | Queens County |
| Judge (name in full): | Lance Evans | Index No.: | CV-031556-19/QU |
| | | Trial: (Circle One) | Yes ☒ No ○ |

#### Prior Appeals and Related Case Information

Are any appeals arising from the same action or proceeding currently pending in this court?   (Circle One)   Yes ○   No ☒
If yes, please specify the Appellate Term Docket Number assigned to each appeal.

Where appropriate, indicate whether there is related action or proceeding pending in any court of this or any other jurisdiction, and if so, the status of the case:

NO

### Original Proceeding

**Commenced by:**
(Check One)
☐ Order to Show Cause    ☐ Notice of Petition and Petition    ☒ Summons and Complaint    ☐ Small Claims Complaint Form    ☐ Other: _____

Date: OCT 23 2019

Page 1 of 2

## Description of Appeal

**Description:**   Briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied.

Decision / Order          $25,000          Complaint
/ Motion dismissed          Jan 16 2020

**Issues:**   Specify the issues proposed to be raised on the appeal, the grounds for reversal, or modification to be advanced and the specific relief sought on appeal. In July 2019 I was assaulted by an Amazon delivery man, Amazon instructed me to email or FAX summons-complaint p they do not accept personal service, sixty days later I filed another summon/complaint via same mode as previously instructed (see attachment)

## Party Information

**Instructions:**   Fill in the name of each party to the action or proceeding (one name per line).  Indicate the status of the party in the court of original instance and the status of the party in this court, if applicable. For parties with an attorney, check the "Represented" box; for parties without an attorney, check the "Pro Se" box. You must provide the address and phone number for all parties. Attach additional parties and their information on a separate sheet of paper.

| No. | Party Name | Original Status | Appellate Term Status |
|-----|-----------|-----------------|----------------------|
| 1 | Varnika Raman | Plaintiff | Appellant |

☐ Represented   ☑ Pro Se

**Attorney/Firm Name:** (if applicable) Jaa Reeves, Davis – Wright – Tramene

**Address:** 1251 Ave of Americas

**City:** NYC   **State:** NY   **Zip Code:** 10020   **Telephone:**

**E-Mail Address:**   **Fax Number:**

| No. | Party Name | Original Status | Appellate Term Status |
|-----|-----------|-----------------|----------------------|
| 2 | | | Respondent |

☐ Represented   ☐ Pro Se

**Attorney/Firm Name:**  (if applicable)

**Address:**

**City:**   **State:**   **Zip Code:**   **Telephone:**

**E-Mail Address:**   **Fax Number:**

| No. | Party Name | Original Status | Appellate Term Status |
|-----|-----------|-----------------|----------------------|
| 3 | | | |

☐ Represented   ☐ Pro Se

**Attorney/Firm Name:**  (if applicable)

**Address:**

**City:**   **State:**   **Zip Code:**   **Telephone:**

**E-Mail Address:**   **Fax Number:**



INDEX NO: _____

AFFIDAVIT OF SERVICE
OF
NOTICE OF TRANSMITTAL
OF TRANSCRIPT

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

_____

*V Almiki Ramani* Plaintiff(s)

-Against-

*Amazon . Com*

Defendant(s)

_____

State of New York )
County of *Queens* ) ss.:

*Milana Suleymanova*_____, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.
At _*1:03*_ A.M./P.M. on _*25 Feb/20*_ at _*137-09 84 Drive 1A*_
   (Time)          (Date)          (Address)
*Briarwood, NY 11435* in the County of _*Queens*_
City of New York, I served the Notice of Transmittal of Transcript in this matter on:
*Tara Reaves-Davis WRITT Jamaine 1251 6th Ave ny 10020*
( ) A.  Known to me to be the other party _*defendant*_ in this action at
_*1257 6th Ave ny 10020    21 FS*_, the address designated
   by said other party for that purpose.

( ) B.  Known to me to be the Attorney(s) for _*Amazon . Com*_
   in this action at _*1251 6th Ave ny 10021    21 FF*_
   the address designated by said attorney(s) for that purpose by depositing a true copy of
   same enclosed in a postpaid properly addressed wrapper, in a post office depository under
   the exclusive care and custody of the United States Postal Service within the State of
   New York.

Sworn to before me
this _*25*_ day of _*February*_, 20*20*

_____
Notary Public

Signature *Suley*_____
Print name here *Milana Suleymanova*

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

4

**Civil Court of the City of New York**

County of _____

Index Number _____

UALMKI RAMANI

Petitioner,

NOTICE OF SETTLEMENT
OF TRANSCRIPT

-against-

Amazon · Con

Respondent.

To the Appeals Clerk, Civil Court, City of New York, County of _Queens_

and to _Amazon · Con_ _____ Respondent.

The above captioned case is to be settled before the Hon. _Lance Evans_

on _3 – 17_ 20 _20_

I have attached my list of objections/corrections to this Notice.

_✓_ The respondent has provided a list of objections/corrections, and that list is attached.

_____ The respondent has **not** provided a list of objections/corrections.

(Initial the appropriate section above)

Dated: _2 – 25 – 20_

_____
Signature

139 – 05  85  DR  60
Braarwood ny 11435

Address

CIV-GP-42A-i(Revised 4/04)

5

**Civil Court of the City of New York**

County of _____

Index Number _CU-031856-19/Qu_

_____

VALMIKI RAMANI

Claimant(s)/Plaintiff(s)/Petitioner(s)

-against-

**NOTICE OF TRANSMITTAL OF TRANSCRIPT**

Amazon Com

Defendant(s)/Respondent(s)

_____

TO: _Appeals_

    The enclosed transcript is being forwarded to you, the appellee, following Section 1704 of the Civil Court Act together with a copy of the proposed amendments.

    Within fifteen (15) days of service you shall make any proposed amendments or objections to the transcript and serve them on the appellant.

    The amendments or objections are to be made by referring to the page and line number in the transcript and specifying the change. For example, if the transcript says that the time that an incident occurred was 3:30 P.M. when the testimony given at the trial was 2:30 P.M., label a piece of paper Proposed Amendments and Objections, list the page, the line number and the proposed amendment.

    You must return a copy of the proposed amendments to the appellant. Be sure to serve the proposed amendments on the appellant within fifteen (15) days.

    After the appellant receives the transcript he/she will set a date for settlement. At that time the transcript and the proposed amendments will be submitted to the judge. You need not appear in Court on that day.

    Any further proceedings will take place in the Appellate Term of the Supreme Court.

Dated: _2-25-20_

Signature: _Valmiki Rama_

Appellant

CIV-GP-42-i (Revised 4/04)

Address: _139-05 85 DR GD_
_Briarwood NY 11435_

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml.

3

Decision/order in lieu of Transcript

Valmiki Ramoni

against plaintiff

Amazon.com Defendant

Index Number

CV-03155G-19/Qu

In lieu of a Transcript I Valmiki Ramoni Plaintiff hereby submit to Judge Decision/order.

① The defendant attorney filed a motion to dismiss as the claimed that the defendant was not properly served as per CPLR — To a officer of the defendant / Amazon.com

② In July 2019 I was assaulted by an amazon.com delivery person filed a summons – complaint as instructed by Amazon.com via email and FAX, as I was informed Amazon.com maintain an office that only deals with such matters, I did as told and Amazon.com had their attorney Davis Wright Tremaine of 1251 6th Aw NY 10020 replied and offered me an out of Court settlement.

③ Sixty days later I filed another summons and complaint against Amazon.com

①

For $25,000 as a result of having existing body damage due to defective product they sold me. Their attorney in order to have the case dismissed claimed then the defendant was not properly served, and the Judge despite empirically by previous service Amazon.com settled the case. However this case is of much more request for compensation, as I have what still exist damage to my skin on abdomen as see in attached exhibit, am I not entitled to compensation?

(4) Justice Evans over Looks the empirical history of my legal issue with Amazon and has ruled, which I deem, prejudicial, in favour of Taa Reaves, and declares the case dismissed because he agrees with Taa Reeves motion that defendant was not properly served. Sixty days before the defendant acknowledge service and settled claim, but this time the monetary value of the case is more and the damage is greater an Justice Evans does not take all of this into account!

(2)

The defendant the Largest company in the world must be allowed to get Richer on the backs of the average person who patronise them. This is predjuice, and greed.

A firm the size of Amazon ever changed their FAx number and email address, such a petty thing for a company this size to get out of their responsibility, and Justice Evans is aiding them by dismissing my case.

(5) Therefore I appeal to the Supreme Court of the State of New York, to see this for what it is, how does a company change the order of process service in 60 days? Justice Evans not using empirical evidence to make a wise decision but is hiding behind the CPLR in favour of TaaReaver

Valmiki Rama
Valmiki Rama

# Supreme Court of the State of New York
## Appellate Term: Second Department
Request for Appellate Term Action [RATA] (Pursuant to 22 NYCRR 731.2 [a]) - Civil

**Case Title:** Set forth the title of the case as it appears on the summons, notice of petition or order to show cause by which the matter was or is to be commenced, or as amended.

VALMIKI RAMANI

-against-

Amazon - Com

| **For Court of Original Instance** |
| --- |
| Date Notice of Appeal Filed |
| **For Appellate Term** |

## Case Type

☐ Small Claims    ☐ Landlord & Tenant    ☒ Civil    ☐ No Fault

## Appeal

**Paper Appealed from:** (Check all that apply)    ☒ Judgment    ☐ Order    ☐ Decision

| Court: Civil Court | County: Queens |
| --- | --- |
| Dated: Jan 16 2020 | Entered: Queens County |
| Judge (name in full): Lance Evans | Index No.: CV-031556-19/QU |
| | Trial: (Circle One)   Yes ☒   No ☐ |

### Prior Appeals and Related Case Information

Are any appeals arising from the same action or proceeding currently pending in this court?   (Circle One)   Yes ○   No ⊗
If yes, please specify the Appellate Term Docket Number assigned to each appeal.

Where appropriate, indicate whether there is related action or proceeding pending in any court of this or any other jurisdiction, and if so, the status of the case:

No

## Original Proceeding

**Commenced by:** (Check One)
☐ Order to Show Cause    ☐ Notice of Petition and Petition    ☒ Summons and Complaint    ☐ Small Claims Complaint Form    ☐ Other: _____

Date: OCT 23 2019

**Description of Appeal**

**Description:**  Briefly describe the paper appealed from. If the appeal is from an order, specify the relief requested and whether the motion was granted or denied.

Decision / order    $25,000    Complaint

/ Motion dismissed    Jan 16 2020

**Issues:**  Specify the issues proposed to be raised on the appeal, the grounds for reversal, or modification to be advanced and the specific relief sought on appeal. In July 2019 I was assaulted by an Amazon delivery man, Amazon instructed me to remail the FAC summons Complaint p, they do not accept personal service, sixty days later I Filed another summons/complaint via same mode as previously instructed (see attachment)

**Party Information**

**Instructions:**  Fill in the name of each party to the action or proceeding (one name per line).  Indicate the status of the party in the court of original instance and the status of the party in this court, if applicable. For parties with an attorney, check the "Represented" box; for parties without an attorney, check the "Pro Se" box. You must provide the address and phone number for all parties. Attach additional parties and their information on a separate sheet of paper.

| No. | Party Name | Original Status | Appellate Term Status |
|---|---|---|---|
| 1 | Varmiki Raman | Plaintiff | Appellant |

☐ Represented   ☒ Pro Se

**Attorney/Firm Name:** (if applicable) Tom Reeves, Davis - Wright - Tremere

**Address:** 1251 Ave Of Americas

**City:** NYC   **State:** NY   **Zip Code:** 10020   **Telephone:**

**E-Mail Address:**   **Fax Number:**

| No. | Party Name | Original Status | Appellate Term Status |
|---|---|---|---|
| 2 | | | Respondent |

☐ Represented   ☐ Pro Se

**Attorney/Firm Name:** (if applicable)

**Address:**

**City:**   **State:**   **Zip Code:**   **Telephone:**

**E-Mail Address:**   **Fax Number:**

| No. | Party Name | Original Status | Appellate Term Status |
|---|---|---|---|
| 3 | | | |

☐ Represented   ☐ Pro Se

**Attorney/Firm Name:** (if applicable)

**Address:**

**City:**   **State:**   **Zip Code:**   **Telephone:**

**E-Mail Address:**   **Fax Number:**

Civil Court of the City of New York

County of _____

Part _____

Index Number CV - 031556 -19/Q

VALMIKI RAMANI

Claimant(s)/Plaintiff(s)/Petitioner(s),

NOTICE OF APPEAL

-against-

AmAZON · Com

Defendant(s)/Respondent(s)

PLEASE TAKE NOTICE that the Appellant, VALMIKI RAMANI

hereby appeals to the Appellate Term of the Supreme Court, First/~~Second~~ Department, from

Strike one

the Order/Judgment by the Hon. Lance Evans

Strike one

Judge of the Civil/~~Housing~~ Court of the City of New York, entered in the office of the Clerk of

Strike one

said Court on Jan 16 2020 _____, and from each and every part thereof.

Dated: 2-25-20

Appellant's Signature: Valmiki Lam

Appellant's Name: VALMIKI RAMANI

To:

Tag Reares

Davis WRight Tramaine

1251 6thAve NY 10020

Address: 139 - 05 85 Dr Gd

BriaRwood NY 11435

Appellant's Phone: 718 - 291 - 2978

CIV-GP-67A (Revised October, 2003)

1

**Civil Court of the City of New York**

County of _____

Index Number _____

VALMKI RAMANI

Petitioner,

NOTICE OF SETTLEMENT
OF TRANSCRIPT

-against-

Amazon · Com

Respondent.

To the Appeals Clerk, Civil Court, City of New York, County of _Queens_

and to _Amazon · Com_____ Respondent.

The above captioned case is to be settled before the Hon. _Lance Evans_

on _3 — 17_ 20 _20_

I have attached my list of objections/corrections to this Notice.

_✓_ The respondent has provided a list of objections/corrections, and that list is attached.

_____ The respondent has **not** provided a list of objections/corrections.

(Initial the appropriate section above)

Dated: _2 — 25 — 20_

_Valmki Rama_

Signature

_139 — D5 85 · DR 68_
_Briarwood ny11235_

Address

CIV-GP-42A-i(Revised 4/04)

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml.

5

# Civil Court of the City of New York

County of _____

Index Number _CU-031556-19/QU_

_VALMIKI RAMPAI_
Claimant(s)/Plaintiff(s)/Petitioner(s)

-against-

**NOTICE OF TRANSMITTAL
OF TRANSCRIPT**

_Amazon Com_
Defendant(s)/Respondent(s)

TO: _Appeals_

The enclosed transcript is being forwarded to you, the appellee, following Section 1704 of the Civil Court Act together with a copy of the proposed amendments.

Within fifteen (15) days of service you shall make any proposed amendments or objections to the transcript and serve them on the appellant.

The amendments or objections are to be made by referring to the page and line number in the transcript and specifying the change. For example, if the transcript says that the time that an incident occurred was 3:30 P.M. when the testimony given at the trial was 2:30 P.M., label a piece of paper Proposed Amendments and Objections, list the page, the line number and the proposed amendment.

You must return a copy of the proposed amendments to the appellant. Be sure to serve the proposed amendments on the appellant within fifteen (15) days.

After the appellant receives the transcript he/she will set a date for settlement. At that time the transcript and the proposed amendments will be submitted to the judge. You need not appear in Court on that day.

Any further proceedings will take place in the Appellate Term of the Supreme Court.

Dated: _2-25-20_

Signature: _Valmiki Ram_
Appellant

CIV-GP-42-i (Revised 4/04)

Address: _139-05 85 Dr GD_
_Briarwood ny 11435_

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml.

3

Decision / Order in lieu of Transcript

Valmiki Ramani
                against    Plaintiff        Index Number
    Amazon · Com
                    Defendant      CV-031556-19/QU

In lieu of a Transcript, Valmiki Ramani
Plaintiff hereby submit to Judge Decision/order.

(1) The defendant attorney filed a motion to dismiss
as the claimed that the defendant was
not properly served as per CPLR — To a
officer of the defendant / Amazon · Com ·

(2) In July 2019 I was assaulted by an amazon · com
delivery person, filed a summons - complaint
as instructed by Amazon · com via email
and FAX, as I was informed Amazon · com
maintain an office that only deals with such
matters, I did as told and Amazon · com
had their attorney Davis Wright Tremaine of 1251 6th
Ave NY 10020 replied and offered me an out of
court settlement ·

(3) Sixty days later I filed another
summons and complaint against Amazon · Com

(1)

For $ 25,000 as a result of having existing body damage due to defective product they sold me. Their attorney in order to have the case dismissed claimed then the defendant was not properly served, and the Judge despite empirically by previous service Amazon.com settled the case. However this case is of much more request for compensation, as I have what still ex ist damage to my skin on abdomen as see in attached exhibit, am I not entitled to compensation?

(4) Justice Evans over looks the empirical history of my legal issue with Amazon and has ruled, which I deem prejudicial, in favour of Tara Reaves, and declares the case dismissed because he agrees with Tara Reaves motion that defendant was not properly served. Sixty days before the defendant acknowledge service and settled claim, but this time the monetary value of the case is more and the damage is greater on Justice Evans does not take all of this into account!

(2)

The defendant the Largest company in the world must be allowed to get Richer on the backs of the average person who patronise them. This is predjudice, and greed.

A firm the size of Amazon ever changed their FAx number and email address, such a petty thing for a company this size, to get out of their Responsibility, and Justice Evans is aiding them by dismissing my case.

(5) Therefore I appeal to the Supreme Court of the State of New York, to see this for what it is, how does a company change the order of process service in 60 days? Justice Evans not using empirical evidence to make a wise decision but is hiding behind the CPLR in favour of Jaa Reaves

Valmiki Rama
Valmiki Rama

Index Number __CV-031556-19/QU____

**Civil Court of the City of New York**
County of Queens
      Part ___101

Motion Cal #_1___   Motion Seq. #___
Papers Submitted to Special Term
on __November 15, 2019_____.

VALMIKI RAMANI,

                         Plaintiff(s),

        against

AMAZON.COM,

                       Defendant(s)

**DECISION/ORDER**

**Civil Court
of the
City of New York**

JAN 16 2020

**ENTERED
QUEENS COUNTY**

Recitation, as required by CPLR §2219(a), of the papers considered in the review of this motion by the Patricia Rivers for an order granting stay the sale , destruction or disposition of the vehicle, the retention of which by a garage keeper is the subject of the proceeding.

|  | Papers Numbered |
|---|---|
| Notice of Motion - Affidavits - Exhibits - Service | 1 |
| Notice of Motion Affirmations- Exhibits - Service | 2 |

The plaintiff pro se herein brings a motion seeking approval of his attempt to serve the summons and complaint in the underlying action. The Defendant moves to dismiss the complaint pursuant to CPLR 311(a)(1), 3211 (a)(7), 3211(a)(8), and/or 3211(a). The movant's affidavit in support states that he was instructed (without providing the identification of the person) that service of his papers should be done by email and fax; that they do not accept personal service. The movant alleges that he followed the instruction and his papers were accepted by the same "firm" that represents the defendants in this law suit. The movant emphasizes that the defendants' present counsel are the same as the firm represented them in a law suit circa July 30, 2019. The movant asserts that the law firm's insistence that the service was defective is because this law suit's " demand for compensation damages is larger in this case". The movant revisited the series of steps undertaken in the July 30, 2019 law suit, which includes, inter alia, that he filed " a copy of service on July 30, 2019 with Rm. 147". Eventually, an out of court settlement was accomplished in that matter. The movant emphasizes that a comparison of the affidavit(s) of service in the July law suit with the affidavit of service dated September 26, 2019  in the instant

suit demonstrated that there is a dissimilarity. The affidavit of service under index no. CV-026077/19 dated 7/29/19 states that the summons with endorsed complaint was delivered to (206) 266-7010 subpoena-civil@ Amazon.com. Whereas, under index no. CV-031556/19, the affidavit of service states the summons with endorsed complaint was delivered via email to subpoena-civil @ Amazon.com. In either case, service does not comport with the CPLR.

In opposition to the motion, defendants argue the workings of CPLR 3211, specifically, inter alia, CPLR 32111(a)(8) in concert with CPLR 311(a)(1) which require personal service to be performed by personal delivery to a corporate officer or relative designate. In Defendant's memorandum of law, there is a focus paid upon the Plaintiff's prior action through his process sever's delivery of that complaint via fax and email. Yet, the Defendant did settle that action with the Plaintiff. However, now Defendant takes umbrage by remonstrating that the Plaintiff's present service was defective when seemingly the only difference is that Plaintiff did not fax the summons and complaint. Nonetheless, the Court finds that the reasoning which allowed a settlement to occur with a similar type of service of process should not vitiate the statute, CPLR 311 (a)(1) and condone as well as elevate, the service herein to prosecute the instant complaint. In either case, service was deficient.

Accordingly, the Court finds that the Plaintiff failed to demonstrate compliance with CPLR 311(a)(1) and establish personal jurisdiction of the Court. The other arguments of the Defendant are not reached for consideration. As such, the complaint is dismissed.

The foregoing constitutes the decision and order of the Court.

Date: __12 /17 /19__

HON. LANCE EVANS
Judge, Civil Court



## INSTRUCTIONS FOR SERVICE

A party to the action cannot serve the Notice of Appeal. It must be served by some other person, 18 years of age or older. [CPLR 2103 (A)]

In the event the other party is represented by an attorney, you are required to have the Notice of Appeal served upon the attorney. After service has been made, the Affidavit of Service by Mail (item "A" below) must be completed by the person who served the papers and sworn to before a Notary Public.

In the event the other party is not represented by an attorney, you are required to have the Notice of Appeal served on the other side. After service has been completed, the Affidavit of Service by Mail (item "B" below) must be completed by the person who served the papers and sworn to before a Notary Public.

---

### AFFIDAVIT OF SERVICE BY MAIL
### UPON THE PARTY'S ATTORNEY OR UPON A PARTY

State of new York    ) ss.:

County of Queens    )

The undersigned being duly sworn , deposes and says:

He or she is not a party to the action, is over 18 years of age and resides at:

( ) A. That on _2 – 25_ , 20_20_ deponent served the within Notice of Appeal on _Ian Reaver_ , Attorney(s) for _Amazon Com_ in this action at _Davis WRIGHT I Rama inc 125 16 Plan 21 Fl ny /2020_ the address designated by said attorney(s) for that purpose

( ) B. That on _2/25_ , 20_20_ deponent served the within Notice of Appeal upon the other party _____ in this action at _____ the address designated by said other party for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me

this __25__ day of _February_ 20_20_

_____
NOTARY PUBLIC

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

_Suleyma_
Signature

_Milana Suleymanova_
Print Name

2

INDEX NO: _____

AFFIDAVIT OF SERVICE
OF
NOTICE OF TRANSMITTAL
OF TRANSCRIPT

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

_____

V Almiki Ramani Plaintiff(s)

-Against-

Amazon . Com

Defendant(s)

_____

State of New York        )
County of ___Queens___ ) ss.:

_Milana Suleymanova_____, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.
At _1:03_ A.M. /P.M. on __25 Feb/20__ at _139-09 84 Drive 1A_
    (Time)              (Date)          (Address)
_____Briarwood, NY 11435_ in the County of ___Queens____
City of New York, I served the Notice of Transmittal of Transcript in this matter on:
_Jca Reaves-Davis WRITE Jranene 1257 6th Ave ny 10020_

( ) A.  Known to me to be the other party ___Defendant____ in this action at
_1257 6th Ave ny 10020_           21FL__, the address designated
by said other party for that purpose.

( ) B.  Known to me to be the Attorney(s) for __Amazon . Com____
in this action at _1251 6th Ave ny 10021  21 FF__
the address designated by said attorney(s) for that purpose by depositing a true copy of
same enclosed in a postpaid properly addressed wrapper, in a post office depository under
the exclusive care and custody of the United States Postal Service within the State of
New York.

Sworn to before me
this _25_ day of _February_, 20_20_

_____
Notary Public

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

Suleyer
Signature
Milana Suleymanova
Print name here

4

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF** _Queens_ **: PART** 34

Index No.: _CV-031556-19/QU_

_Valmiki Ramai_ , Petitioner,

-against-

_Amazon.Com_

Respondent.

**AFFIDAVIT OF SERVICE**
**BY MAIL**

STATE OF NEW YORK
COUNTY OF _Queens_

_Roman Abraham_ being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action. On _October 23, 2019_

I served _Taa M. Reaves_

upon _Sworn/Mail 2019_, the _Motion_ in this

proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a

postpaid envelope, which I deposited in an official depository under the exclusive care and

custody of the United States Postal Services within the State of New York addressed to

_1251 Avenue of the Americas_ the _Attorney_
_New York, NY 10020_
at: _____

Signature: _RAbraham_

Sworn to before me this _23_ day of _October_ 20 _19_

_____
Notary Public or Court Employee

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

CIV-GP-11 (March 2001)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF _Queens_ : PART _34_
----------------------------------

_VALMIKI Ramani_

Plaintiff,

NOTICE OF MOTION

-against-

_Amazon · Comm_

Index No.

_CV - 031556 - 19/Qu_

Defendant.

----------------------------------

**PLEASE TAKE NOTICE** that upon the annexed affidavit of _Valmiki Ramani_

sworn to on the _23_ day of _OCT_ _2019_, and the exhibits annexed thereto, and

upon all the prior pleadings and proceedings had herein, the _PLAINTIFF/DEFENDANT_ will
(CIRCLE ONE)

move this Court located at _89-175 Sutphin Blvd   Jamaica NY 11435_

New York, Part _34_, Room _307_, on the _14_, day of _11_

_2019_, at _9·30_ o'clock, or as soon thereafter as can be heard for an Order:

_As per attached motion_ **PAPERS RECEIVED**
**SPECIAL TERM /**
**OCT 2 3 2019**
**CIVIL COURT-QUEENS**

and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that (check the applicable box below):

these papers have been served on you at least eight days before the motion is scheduled to
be heard. You must serve your answering papers, if any, at least two days before such time.
At least three days prior to the time at which the motion is noticed to be heard you may
serve upon the moving party a notice of cross-motion demanding relief.

these papers have been served on you at least sixteen days before the motion is scheduled to
be heard. You must serve your answering papers and any notice of cross-motion with
supporting papers, if any, at least seven days before such time. Reply or responding affidavits
shall be served at least one day before such time.

Dated: OCT 23  2019

From: ValMiKi Ramani
718-291-2978

Email: VaLmiK, D.R
@ Gmail . Com

CIV-GP-124-i

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF _____ : PART

------------------------------------------------

UALMIKE Ramani

Plaintiff,

-against-

Amezon . Com

Defendant.

------------------------------------------------

AFFIDAVIT IN SUPPORT

Index No. CV - 031 556 - 19/qu

STATE OF NEW YORK
COUNTY OF Queens   ss.:

I Ualmiki Ramani - Plaintiff being duly sworn, hereby deposes and says:

That this motion is to affirm the fact that in July I made a law suit against defendant and was told how to service the papers via email and fax as they do not accept personal service, this was done and was accepted by the firm DWT, the same firm that represents the defendants in this suit. They are claiming that the present papers were not served properly when it was served the same way as the first law suit in July 30 2019, nor could Amazon Com change their servicing process modus oppandi no, two months after July 30 2019, this is only defendants' attorney's objection because the demand for compensation for damages is larger in this case.

they expect not to compensate me for the damage to my physical body done by a defective product they sold me, no they have to take responsibility for this and own up to selling a defective product that cause serious physical damage to my person.

WHEREFORE, THE UNDERSIGNED RESPECTFULLY REQUESTS THE WITHIN MOTION BE GRANTED.

_Valmiki Ramani_          Valmiki Ramani
Signature          Valmiki Ramani

Sworn to before me this 23rd day of October 20 19

_Roxanne C. Lynch-Scott_
Notary Public/Court Employee

NOTARY PUBLIC
ROXANNE E. LYNCH-SCOTT
No. 01LY5020536
Exp. 11/22/20___
KINGS COUNTY
STATE OF NEW YORK

CIV-GP-121-i

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml

... New York

... of Queens

Valmiki Ramani

Plaintiff

INDEX NO: CV-031556-19/Qu

MOTION

Amazon.Com

Defendants

I Valmiki Ramani, plaintiff, makes this motion on direction of Justice Katsanos on 10-22-19, where as the defendant's

1) motion that proper service of Summons and Complaint was not made on this case.

2) During the month of July 2019, plaintiff filed a lawsuit in Civil Court against defendant in case Index No 026072-19/Qu after being assaulted by defendant's delivery person. The defendant told the plaintiff on inquiry that they do not receive personal process service and they maintain an office seperately to do receiving of civil legal papers, and the paper should be Faxed to 206-266-7010 and email to Subpoena-Civil @ Amazon.Com. Both methods were recommended. The plaintiff did so and filed a copy of service on July 30, 2019 with Rm 147, a copy here with attached.

(1)

3) The defendant responded by having Mr G Brownell attorney at Law filed a response to the Summons and Complaint, an out of Court settlement was made 8-26-2019 July 23 2019 Copies of Stipulation of Settlement and Stipulation of Discontinuance with prejudice. Why did the defendant replied and made a settlement if service was not done properly by Fax and Email on July 30 2019? This verify that this method of service is the valid way to process service. The defendant

4) There fore for the defendant attorney Taaj m Reeves of the Firm. Davis Wright Tremaine LLP to claims that the process of service in Case Index CV-026556-19/cu was made in proper as it was done in the same way as the first Lawsuit on July 30 2019 in Index CV-026077-19/qu; is highly irrational and it is nothing but a clining at a straw to get out

(2)

of a much Larger Lawsuit which has a Lot of merit as shown in plaintiff papers, which includes photos of damage done by the leaking of gel from product sold by Amazon. Com, by testimony in writing by two physician the plaintiff general physician and his dermotologist who is a practicing physician at Columbia Doctors, and a teaching staff at Columbia University. This claim is weak and professionally irresponsible and Ms Reaver and the firm they Represent should be ashamed of themselves in employing such a deciving defense.

5) I hereby ask the court to retain service dated 29 day of 9, 2019 as being valid and that relief sought by the plaintiff be granted.

(3)

Copy to defendant's

attorney

Taaj M Reaves

Davis Wright Tremaine LLP

1251 Ave of the Americas

NY · NY 10020

Email: TaajReaves@

Dwt·Com·

Valmiki·Ramani

Plaintiff

VALmiki Ramani

718 - 291 - 2978

VALmiki ·D· Ra

Gmail ·Com

(4)

EXHIBITS

**Civil Court of the City of New York**

County of _Queens_

Part

Index Number _CV-031556-19/QU_

Motion Cal. # _____   Motion Seq. # _____

Valmiki Ramant

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Amazon.Com

Defendant(s)/Respondent(s)

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | 1 |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits .............................. | |
| Replying Affidavits................................ | |
| Exhibits ........................................... | |
| Other............................................... | |

Upon the foregoing cited papers, the Decision/Order on this Motion to _Defendants Direct Plaintiff to file a formal pleading_ is as follows:

1) denied

2) Endorsed complaint is sufficient pursuant to the standard discussed in Holloway v New York City Transit Authority, 690 NYS 2d 261 (Civ Ct NY county 1999).

3) Plaintiff may submit a motion to dismiss based on Phus Service.

Civil Court
of the
City of New York

OCT 2 2 2019

ENTERED
QUEENS COUNTY

SO ORDERED

OCT 2 2 2019

10/22/19

Date                                    Judge, Civil Court

John Katsanos

**Hon. John C.V. Katsanos**

CIV-GP-85 (Revised, September, 1999)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------------------------X

VALMIKI RAMANI

Plaintiff,

- against -

AMAZON.COM,

Defendant

----------------------------------X

STIPULATION OF SETTLEMENT

Index No. CV-026077-19-QU

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows:

Defendant Amazon.com ("Amazon") shall pay Plaintiff Valmiki Ramani ("Plaintiff") two-thousand dollars ($2,000.00). In exchange, Plaintiff agrees to discontinue this lawsuit with prejudice and relieve, release and forever discharge Amazon and each of its affiliates, subsidiaries, attorneys, agents, officers, directors, shareholders, members, and employees (collectively "Representatives") of and from any and all losses, liabilities, demands, costs, expenses, damages, claims, suits, actions and causes of action of whatever kind or nature against Amazon and its Representatives arising from or relating to this litigation.

This Stipulation may be signed in counterparts and facsimile signatures are valid and binding.

Plaintiff Valmiki Ramani

Dated: _____

Geoffrey Brownell, counsel for Defendant
Amazon.com

Dated: _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

VALMIKI RAMANI,

                      Plaintiff,

      - against -

AMAZON.COM,

                    Defendant.

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE**

Index No. CV-026073-19/QU

    **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that whereas no

party hereto is an infant or an incompetent person for whom a committee or conservatee has been

appointed, and no person not a party has an interest in the subject matter of the action, the above-

captioned action, and all claims and counterclaims asserted herein, are discontinued with

prejudice and without costs to either party as against the other.

    This Stipulation may be signed in counterparts and facsimile signatures are valid and

binding.

Plaintiff Valmiki Ramani

Dated:

_____, counsel for Defendant
Amazon.com

Dated:

Civil Court of the City of New York
County of Queens

VALMIKI RAMANI

           Plaintiff(s)

    -against-

AMAZON.COM

           Defendant(s)

Index no: CV-026077-19/QU

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of ___Queens___ ss:

_____ZLATA   AKILOVA_____
     (Name of Server)
, being duly sworn, deposes and says:

I am over 18 years of age and **not a party** to this action.

At _____,AM/PM, on __07/29/19__ at __139-09 84th Dr., Briarwood, NY 11435__
    (Time)         (Date)             (Address)

in the County of ____Queens____, City/State of New York, I served the attached
        (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on ___Amazon.com___
                                       (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_(206)266-7010  subpoena-civil@amazon.com_____ who is:
   (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
     or,
[] known  to me to be the _____ of the __Amazon Civil Process__
                  (Title)                     (Corporation/Partnership)

Description of Individual Served in Person:

          Sex: _____      Color of Skin: _____     Color of Hair: _____
Approximate Age: _____    Approximate Weight: _____    Approximate Height: _____

Sworn to before me this __29__ day of __07__, 20 _19_

_____                _____
   (Notary Public)                         (Signature of Deponent)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

on SEP 27 2019

QUEENS CO

Civil Court of the City of New York
County of Queens

Index no: CV-031556-19/QU

VALMIKI RAMANI
                    Plaintiff(s)

        -against-
AMAZON.COM
                    Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of _Queens_ ss:

_ZlAtA Akilova_, being duly sworn, deposes and says:
              (Name of Server)

I am over 18 years of age and **not a party** to this action.

At _1:23_ ,AM/**PM** on _9/26/19_ at _139-09  84th  Dr  1A_
      (Time)                (Date)        (Address) _BRiapwood NY 11435_

in the County of _Queens_, City/State of New York, I served the attached
                  (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _Amazon . Com_
                                                    (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_ViaEmail  Sabvena—CiviL @Amazon . Com_  who is:
              (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
        or,
[] known  to me to be the _VIA EMAIL_ of the _Amazon . Com_
                          (Title)                (Corporation/Partnership)

| Description of Individual Served in Person: | | |
| --- | --- | --- |
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this _26_ day of _9_ , 20 _19_

_____                    _____
      (Notary/Public)                         (Signature of Deponent)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

Civil Court of City of New York
County of Queens

Valbutti Ramani
Plaintiff

Amazon. Com
defendant

INDEX NO
CV-031556-19/QU

MOTION REPLY

To the defense attorney and DWT LLP,
you content in your motion is
pathetic, to dig into my legal history
and bring to the court's attention that
I have/had six lawsuits, but principibly
mention that I sued President B. Obama
without stating the facts as the New
1) York Post wrote it, Obama a sleze,
and google this and thrusting this
in the fore front of you motion is
disgusting, Let me enlighten you!!

2) 2010 In the Gulf of Mexico BP US had
an oil spil and could not stop or
contain it, it was on all times on tV
showing the oil coming out the broken
well, and crade oil polatting the
entire region the US Government could
not stop it, and BP US could not,
the company's chairman left and went
sailing on the Thames River while

(1)

the American Homeland suffered. Obama's
Government made a national appeal
for any one who had any idea
to put a stop to the well etc, to
come forward. I previously worked
as a Officer Cadet on a Cadian merchant
ship who ran ore and crude oil between
South America and Trinidad W.I - I saw
crude oil and the damage it was doing to
the beautiful bay and thought up of
a way to clean it up, you can't just
put a match to it and it will burn
it's crude unprocessed oil, I decided
that it had to be made combustiable by infusing
it with an agent — Kerosone, absolete
then setting it aflame. I also designed
a method to cap the whol, I made diagrams
of this and along with an IMPLIED
Contract embodied in a Letter
I sent it to Obama, two weeks later
Oval office speech he announced they
had began to burn the oil, did you

(21)

brillant people wonder how it was you stopped seeing T.V pix is of the gushing oil 3 I then wrote Obama requesting 1.5 million for my efforts, he refused to pay me dispite BP US was going to pay the US government Billions in compensation. So I sued him even in federal Court when Chief Justice C. MacMahon revealed he had immunity. Look at the google article and see what and how the New York Post describes him, So you big shot Lawyers, I sue when I have a valid right to! So let this Civil Court Judge on Stuphin Blvd buy into it I Sue!!!

(3) July an Amazon delivery person kept pressing my doorbell, asked why he kept doing it, he said I am an Amazon delivery man, I asked him you have a delivery for me, he said

|31

No, then I said to him why the hell they you are Ringing my door he, I was sedated and resting, he then slamed the heavy box into my Right shoulder and Kneed me in the right Leg to get past me — the door, into the lobby, after dumping the box he accosted me and with fury said he would "Kick my ass" — verbatim

I filed a Law suit against Amazon, after their office told me they do not accept PERSONAL SERVICE, it had to be FAXed — or Email or both — I did so and DWT replied and an out of court settlement of $ 2,000 was made.

4) Two months Later a gel pack I purchased from the defendants leaked unto my body — skin internally causing contact dermatatis, I filed suit, then between the week I was to return to my doctor's office for a follow up, Large (3) BROwn skin Large patches appeared, I ammended the suit.

(4 (

Now in this Law Suit for the damage
to my person Amazon defense
is claiming,

① We sell it damage the user, but we
are not responsible, despite in the
add it says "IN STOCK", which
means it's a product Amazon buys
from a manufacture and sells, and
this being so there is no contract
between me, the buyer, and Amazon
the seller, that I should seek out
the manufacture and sue the also
it's not so, their contract of sale was
between myself and Amazon who carried
the product in stock, it was not shipped
from a third party.

② Service — Two months before the gel
spill, I successful sued Amazon
using as to Lot to email Subpeona.Civild
Amazon.com, it worked DWT Replied
— their legal people then two months
after the gel spill, I faxed not emailed

(5)

the second Law suit the same way
as the first, and DWT responded
and they are saying Amazon was not
properly served, why then did they
replied if the email address Sadpeone.
Civil @ Amazon.com was not valid?
No they have changed their process
Service Fax number and from
Email to regular mail, to
get out of this Law Suit, it's
not going to fly!!!

6) Why does Amazon do not think they
owe me compensation for the
damage to my body the product
did to my body, is it because they
are endowed to keep all monies and
keep making monies even if their
customer suffers injury. Well it's
not going to happen Amazon is not
getting out of this, and I will
no reply to all their other Legal jargon

(6)

Contained in this motion, because the
Judge in this case in the civil
Court will have to see the facts
and award me compensation.
If not, this will go to a
higher court, Amazon is worth
$140 Billion dollars and they are
Running greedly from a case of
this size!

Taaj M Reeves
DWT LLP
1251 6th Ave
NY NY

Valmiki Ramani
Plaintiff
Valmiki Ramani

(7)

EXHIBIT

Article in my post

## $1.5M FOR YOUR THOUGHTS?

Obama's one slick operator.

A Queens man claims he wanted to help out President Obama after the 2010 oil spill in the Gulf of Mexico, so he wrote a letter suggesting the greasy stuff be burned away.

"Should my suggestion be used I would like compensation!" Valmiki Ramani wrote.

A couple of weeks later, the president announced that controlled burns were being used to help stanch the spill, but Ramani says he was treated crudely — he never got the $1.5 million he requested in return for his lightbulb moment. "To date I received no payment," he wrote in a Manhattan federal lawsuit.

They mug your fb streets and fb to hive House Poo!

# Civil Court of the City of New York
## County of Queens

Index Number: **CV-026077-19/QU**

| | |
|---|---|
| VALMIKI RAMANI <br>     **Plaintiff(s)** <br>   -against- <br> AMAZON.COM <br>     **Defendant(s)** | **SUMMONS WITH ENDORSED COMPLAINT** <br> BASIS OF VENUE: Plaintiff's residence <br><br> Plaintiff's Address (s) : <br> VALMIKI RAMANI <br> 139-05 85TH DR <br> APT 6D <br> BRIARWOOD, NY 11435 |

To the named defendant (s)
  AMAZON.COM (Deft), at 410 TERRY AVE NORTH, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the County of **Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk;  upon your failure to answer, judgment will be taken against you for the total sum of $5,000.00 and interest  as detailed below.
Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date:July 29, 2019

        Alia Razzaq
        Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:   **Assault, harassment, personal injuries, pain & suffering caused by delivery person for $5,000.00 with interest from 07/23/2019**

### *NOTE TO THE DEFENDANT

  *A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within* **TWENTY** *days after such service; or*
  *B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed* **THIRTY** *days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
  *C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**     SIGN NAME: _Valmiki Ramani_
*( See 22NYCRR, Section 130-1.1a)*     PRINT NAME:   **VALMIKI RAMANI**

Exhibit of PRIOR Case and
PROOF of Service to
amazon on service to
designated Email
Subpeono — Civil a Amazon.Com
No personal Service is accepted by Company

THE CIVIL COURT OF NEW YORK CITY:
COUNTY OF QUEENS

VALMIKI RAMANI      INDEX NO:
         Plaintiff    CV-031556-19/QU
   against

Amazon.Com      Response to Defense
        Defendant           Motion

I valmiki Ramani of 139-05 85 DR,6D
Briarwood ny11435 hereby deposes the following
to be True; 10-8-19.

1) I am appalled that the defense attorney
who I met along with GeoffreyBrownell in
a previous case against Amazon.Com where
I was assaulted and injured, and sued
Amazon.Com in which a settlement
was reached out of court all of which is
is in "exhibit"; would claim that Amazon
.Com was not at present served when
service of process was done by the same
means as Amazon does not accept personal
Service, and only through FAX and Email
which they were served by the accounting firm
on 9-17-19 and 9-26-19 all of which is in
Exhibit. Amazon's Email is sent to a
department specialy set up to deal with process
service Just look at the email; Suboena-Civil@
Amazon.Com.

(1)

(2) On August 21 2019 I purchased for pain in my hip an Amazon item the purchase and Carry in Stock (as noted on web site) an extra Large cool pack 12x21 inches it came in a plastic bg like the one used in produce isle of stores, and without the protective cloth cover, So I used an expensive cotton Tee Shirt, it came via USPS folded up it fitted into my mail box. I used it the first and Second time with out a problem, the third usage, the gel leaked out and covered my abodmen went down my hip to my buttox, on to my hand and to the towel I was Laying on after cleaning it off my skin was pink to Red, I called my primary care physician (whom you should call as he took pictures of) the three Large brown/dark skin damage I have); however before they showed up, I had filed a civil suit for the sum of $5,000 for the, as my doctor described it Contact dermatitis.

(2)

3) After seeing my doctor Large dark brown skin started to appear where the gel had come into contact, I was set to re visit as a followup with my physican the next week wensday, I showed him the developements and he took pictures with his phone and wrote me a second evaluation, I then went to the civil court and filed for an ammended summons and complaint asking the court to award me the maximum it could of $25,000 for the INJURY/(ies) I sastained because of the defective Ice pack. This was emailed to Amazon.com by the account firm, and a copy was sent to Geoffrey Brownell of DWT Amazon.com legal agent in newyork.

4) I am submitting herewith both Summons — Complaint with proof of Service and exhibit to Support all the preceeding written hearing

(3)

in cluding documents (all) on the first
Case against Amazon Com which
was settled out of court, and was
processserved on Amazon as the
current case has been served.

5) This Attorney so disgustingly claims
that Amazon Com has not been
properly, when they were as in
the first Case, and has been
Served on there Legal agent here
in New York the Law firm of DWT!

6) Is Amazon Com, think that
they are not responsible for their product
injury I sustained; and I will be seeking
help in determing if any toxic chemical
are in my body as I am able in the future.

Sworn To by :                    Valmiki Raman
Date : 10, 06, 2019               Plaintiff

AKILOV SION               VALmiki Raman
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

(4)

# Civil Court of the City of New York

**County of Queens**

Index Number: **CV-031556-19/QU**

|  |  |
|---|---|
| VALMIKI RAMANI<br>                    Plaintiff(s)<br><br>        -against-<br>AMAZON.COM<br>                    Defendant(s) | **SUMMONS WITH ENDORSED<br>COMPLAINT**<br>BASIS OF VENUE: Plaintiff's residence<br><br>Plaintiff's Address (s) :<br>VALMIKI RAMANI<br>139-05 85 DR<br>APT 6D<br>BRIARWOOD, NY 11435 |

To the named defendant (s)
 AMAZON.COM (Deft), at 410 TERRY AVE N, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at 89-17 Sutphin Boulevard in the County of **Queens**, City and State of New York, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $5,000.00 and interest  as detailed below.
Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.


Date:September 17, 2019

                                        Alia Razzaq
                                        Chief Clerk


## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:   **Personal Injuries; Other: Defective product
for $5,000.00 with interest from 09/06/2019**

*NOTE TO THE DEFENDANT*
  *A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within*
*TWENTY days after such service; or*
  *B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by*
*publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the*
*proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
  *C) Following CPLR 321(a) corporations must be represented by an attorney.*

**NOTE TO THE SERVER OF THE SUMMONS**

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.


**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:  *Valmiki Ramani*
PRINT NAME:   VALMIKI RAMANI

*Initial Summons and Complaint !*

The Civil Court of New York
County of Queens:

VALMIKI RAMANI
.......PLAINTIFF
against                    INDEX NO: CV-031536-19/QU

Amazon.com                COMPLAINT
......Defendant

(1) To the Civil Court of New York Stat, County of Queens,
I, Valmiki Ramani, plaintiff of 139-05 85 DR
APT 6D, Briarwood NY 11435, here by deposes
the following to be True against online vendor
Amazon.com INC of 410 TERRY Ave N
Seattle. WA 98109, that during the month
of September 2019 I ordered and received one
12 x 21 inches ICE WRAP Icing Compress at a
Cost of $23.99, as shown in exhibit A attached.

(2) I placed it in the Fridg's FREEZER so it
can become cold and then began to
use it placed in a pink cotton tea shirt to
avoid FROST bite, in use part wa around my
left hip and the remainder on my abodmon.
The FIRST and second times I used it were
successful, however the third time I used
it was different, I was laying on a towel
on the bed with ICE pack (extra Large)
STRapped on me, my hand was on my side,

(2)

left, when I felt a cold liquid on it, I immediately got up took the ice pack off my body only to find there was a clear liquid gell on my abodem and running down my left hip onto the towel. I immediately took paper towel and wiped the gel off my body, and took to ice pack and placed it in a plastic bag after looking to see where the gel came out from. It appears there were at least three 1.5 cm circle which looked liked caps, it was from there the gell was leaking out. I then noticed that the area that the gel was on my skin had taken on a pink to red colour. I then proceeded to take a shower to wash the gel from off my body fearing it was toxic.

3) I then took a steroid cream I was prescribed by my doctor for other skin problems and mixed it with Eucerin lotion to form a compound and rubbed my pink to red skin, I then took siran wrap and wrapped my abodem and around my body with it so I could put on clothes.

(2)

4) I then made a call to my primary care physician, and told him what had happened, and how I handled it. He approved and told me to immediately report to him any changes, over several days of treatment, my abadomen showed some improvement, however afraid of being exposed by toxins, I went in on 9-16-19 to my physician to show him my abadomen

5) I have substained injury to my skin on my abadomen, and do not know if any toxins has entered my body through the leakage of the ice wrap content onto my body, for this I am being observed by my physician.

6) Amazon.com has been default for selling poor quality and defective product to be used on human skin-body, I was told to return it to them which I did by return UPS Lable number 1Z6U51Y1903895757 2, it was Received

7) For injury suffered by Amazon.com defective product, I am seeking monetary compensation of $85,000.00,

3

from the seller of Ice wrap extra large
icing Compress 12 x 21 inches, sold
at the price of $23.99.

Valmiki Ramani
Plaintiff
Valmiki Ramani
PH: 718-291-2978
Email: Valmiki-D. R. d
Gmail-Com

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

9/16/19

Exhibits Attached:

"A" - Doctor's Report

(4)

Civil Court of the City of New York
County of Queens

*ORIGINAL PAPERS*
*RECEIVED*
*SEP 1 8 2019*
*CIVIL*
*QUEENS COUNTY*

Index no: CV-031556-19/QU

VALMIKI RAMANI
             Plaintiff(s)

-against-

AMAZON.COM
             Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of _Queens_ ss:

_Zlata Akilova_, being duly sworn, deposes and says:
(Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____ AM/PM, on _09/17/19_ at _139-09 84th Drive 1A Briarwood, NY 1143_
(Time)        (Date)        (Address)

in the County of _Queens_, City/State of New York, I served the attached
(Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _Amazon.com_
(Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_Fax (206) 266-7010 Subpoena-civil @ Amazon.com_ who is:
(Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
    or,
[] known to me to be the _____ of the _Amazon Civil Process_
                   (Title)             (Corporation/Partnership)

| Description of Individual Served in Person: | | |
|---|---|---|
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this _17_ day of _9_, 20 _19_
                                (Signature of Deponent)

_____
(Notary Public)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

# Civil Court of the City of New York
## County of Queens

Index Number: **CV-031556-19/QU**

VALMIKI RAMANI
        Plaintiff(s)

  -against-

AMAZON.COM
        Defendant(s)

AMENDED  **SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
VALMIKI RAMANI
139-05 85 DR
APT 6D
BRIARWOOD, NY 11435

To the named defendant (s)

AMAZON.COM (Deft), at 410 TERRY AVE N, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at 89-17 Sutphin Boulevard in the County of **Queens, City and State of New York**, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $25,000.00 and interest as detailed below.

Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date:September 17, 2019

Alia Razzaq
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: NEW DEVELOPMENT OF PHYSICAL DAMAGE TO MY BODY-SKIN HAS DEVELOPED AS A RESULT OF DEFECTIVE PRODUCT SOLD - LEAKING TOXIC GEL ON MY SKIN. I'AM ASKING THE MAXIMUM THIS COURT ALLOWS OF $25,000.00

### *NOTE TO THE DEFENDANT

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:  *Valmiki Ramani*
PRINT NAME:  VALMIKI RAMANI

Civil Court the City of New York
County of Queens : PART

INDEX NO
CV-031556-19/Qu

Valmiki Ramani    Plaintiff

against                    Ammendent to
Amazon.Com Defendant    Summons - Complaint
State of New York — County of Queens:

I Valmiki Ramani plaintiff duly deposes
that since purchasing the Summons — Complaint
index for personal injury compensation through
defective producture in the sum of $5,000, I
hereby increases compensation sought
$25,000  due to pathogenic developement
on the body abadomen thigh and battox on
which the gel in ice pad (defective)
has surfaced within the past 8 days,
photos and physician Reports are attached
as exhibits D an E.
    Date 9-25-19            Valmiki Ramani
                            Plaintiff
                            VALMIKI Ramani

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

County of Queens : PART

Valmiki Ramani petitioner

against

Amazon - Com respondent

INDEX NO
CV-03156-19/Qu

AFFIDAVIT OF Ser

E mail

State of New York County of Queens:

being duly sworn

deposes and says:

I am over 18 years old and not a party to this action.
ON 9 - 25 -19   I served Geoffrey Brownell

Defendant Legal agent in New york via "Geoffrey Brownell @ D wt.

Com" and Defendant Amazon - Com via Email

at "Subena - civil @ Amazon 'Com" summons of

Summons and Complaint and exhibits

Service to Defendant and defendant's

agent cannot be done via personal service

and only through via Fax and Email.

Signature:

Sworn to before me    day of 9 - 2019  X

Notary public

BORUKHOV BORIS
Notary Public, State of New York
No. 01BO6367793
Qualified in Queens County
Commission Expires 03/09: 18 20     9/25/19

Exhibits

rs



Extra Large Ice Pack for Injuries - Covers
Entire Back, Hips, Neck and Spine.
Reusable and Flexible Direct from The
Freezer (by Magic Gel)

75

$23⁹⁹

Get it as soon as Wed, Sep 18
FREE Shipping on orders over $25 shipped by
Amazon

Exhibit B

HAZARIAN MEDICAL ASSOCIATES PLLC

4338 44TH STREET SUNNYSIDE NEW YORK 11104

7287862734


RE: RAMANI, VALMIKI

DOB 11/24/1948


TO WHOM IT MAY CONCERN:


THE ABOVE PATIENT IS UNDER MY MEDICAL CARE FOR MULTIPLE MEDICAL PROBLEMS SEEN IN MY OFFICE ON 09/25/19 C/O SEVERAL NEW SKIN LESIONS  INVOLVING HIS LEFT FLANK AND ABDOMEN OVERLYING THE AREA WITH PREVIOUS LEAKAGE OF AN ICE PACK USED BY PATIENT IN ORDER TO ALLEVIATE PAIN IN THE AREA OCCURRING APPROXIMATELY TWO WEEKS AGO. PHYSICAL EXAM REVEALS SEVERAL AREAS OF VARYING SIZES OF HYPERPIGEMNTED DERMATITIS OVERLYING LEFT ANTERIOR LOWER ABDOMEN, LEFT FLANK AND BUTTOCKS. TOPICAL TREATMENTS ARE ADVISED. PLEASE CONTACT ME IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS.


SINCERELY,

ARTHUR HAZARIAN MD

09/25/2019

Patient:        VALMIKI D. RAMANI         MRN:5490982         DOB: Nov 24, 1948
Date of Service: 10/11/2019

13. Multiple Vitamins TABS;
     Therapy: (Recorded:05Sep2012) to Recorded
14. Niacin TABS;
     Therapy: (Recorded:05Sep2012) to Recorded
15. Olopatadine HCl - 0.1 % Ophthalmic Solution (Patanol); INSTILL 1 DROP INTO AFFECTED
     EYE(S) TWICE DAILY AS DIRECTED;
     Therapy: 02Jan2019 to (Evaluate:20Jan2019) Requested for: 02Jan2019; Last Rx:02Jan2019
     Ordered
16. Pazeo 0.7 % Ophthalmic Solution; INSTILL 1 DROP IN BOTH EYES 2 TIMES DAILY;
     Therapy: 21Feb2019 to (Evaluate:19Oct2019) Requested for: 22Apr2019; Last Rx:22Apr2019
     Ordered
17. Symbicort 160-4.5 MCG/ACT Inhalation Aerosol; INHALE 2 PUFFS Twice daily;
     Therapy: 11Jun2019 to (Last Rx:17Sep2019) Requested for: 17Sep2019 Ordered
18. traZODone HCl - 50 MG Oral Tablet;
     Therapy: (Recorded:05Sep2012) to Recorded
19. Ventolin HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution; INHALE 1 TO 2 PUFFS
     EVERY 4 TO 6 HOURS AS NEEDED;
     Therapy: 17Sep2019 to (Evaluate:15Mar2020) Requested for: 17Sep2019; Last Rx:17Sep2019
     Ordered

**Signatures**
Electronically signed by : LINDSEY BORDONE, M.D.; Oct 13 2019 11:40AM EST (Author)

*Columbia Dermatology*

Lateral

venesday 25   20??
2 new spots appear
on Leg and
Buttouk

[ Buttouk ]

[ Leg ]

Exhibit  D

INDEX NO

Amazon Reply to complaint
of defective Product
P1

**Amazon.com Customer-Service** <cs-reply@amazon.com>

Mon, Sep 9, 3:31 PM (5 days ago)

to me

Hello,

I certainly understand that you have returned your "Extra Large Ice Pack for Injuries". Also you are concerned about the gel being exposed to your abdomen.

Please accept my sincere apologize for the inconvenience, this is definitely not what we want our valued customers to experience. Please do not worry, I'll be helping you out in this regard.

Firstly, I appreciate your effort in bringing this to our knowledge. I have marked this as priority and I've forwarded your comments to our concern department to ensure that this is not repeated in future. I understand that this must be disappointing. We certainly never wanted our customers to face such situations.

We would never want to disappoint a valued customer like you as we always endeavor to assist our customers with the best of our service, however, sometimes we fail to do so due to factors out of our control.

Our officials will investigate this particular issue and work on taking necessary actions to correct this error in future.

One more time we apologize for this error and would like to express our gratitude for the patience and understanding you have displayed thus far. We hope to keep you as part of our valued customer base for a very long time.

Regarding the return we'll send you a confirmation mail once we scan in our fulfillment center.

Rest assured, we'll continue working hard to ensure that you receive accurate service, and to minimize the chances of anything like this occurring again.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

#Ama3on Reply to Complain
To defective Product P2

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

As an Amazon representative, I always love to fulfill my duty as I tried to be precise and accurate in the reply, however, if I've missed anything or if you wish to ask something else, please don't hesitate to write back to us.

I really appreciate your patience and understanding with continued support. We look forward to see you soon as a happy customer.

Thank you for your inquiry. Did I solve your problem?

If yes, please click here:
http://www.amazon.com/gp/help/survey?q= ... &key

If no, please click here:
http://www.amazon.com/gp/help/survey?qe=A4T3DOGO1HCL1&key=no

Best Regards,

Rain song

Amazon.com
Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account

**amazon.com**

*PROOF OF PURCHASE of ICE PACK*

**Order Placed:** August 21, 2019
**Amazon.com order number:** 111-8674163-5979409
**Order Total: $31.98**

## Shipped on August 27, 2019

| Items Ordered | Price |
|---|---|
| 1 of: *The Vitamin Shoppe Lactase Enzyme 125MG, Supports Lactase or Dairy Digestion, Natural Support for Healthy Digestion (100 Softgels)* <br> Sold by: The Vitamin Shoppe ( ) <br><br> Condition: New | $7.99 |
| 1 of: *Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Direct from The Freezer (by Magic Gel)* <br> Sold by: Stretton Online ( ) <br><br> Condition: New | $23.99 |

**Shipping Address:**
valmiki ramani
139-05 85 dr
6d
briarwood, ny 11435
United States

| | |
|---|---|
| Item(s) Subtotal: | $31.98 |
| Shipping & Handling: | $8.72 |
| Free Shipping: | -$8.72 |
| | ----- |
| Total before tax: | $31.98 |
| Sales Tax: | $0.00 |
| | ----- |

**Shipping Speed:**
FREE Shipping

**Total for This Shipment: $31.98**
-----

## Payment information

**Payment Method:**
MasterCard | Last digits: 3340

**Billing address**
valmiki ramani
139-05 85 dr
6d
briarwood, ny 11435
United States

| | |
|---|---|
| Item(s) Subtotal: | $31.98 |
| Shipping & Handling: | $8.72 |
| Free Shipping: | -$8.72 |
| | ----- |
| Total before tax: | $31.98 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$31.98** |

**Credit Card transactions**

MasterCard ending in 3340: August 27, 2019: $31.98

To view the status of your order, return to Order Summary.

© 1996-2019, Amazon.com, Inc. or its affiliates

pRoduct Bought
that pRoved defective



IceWraps Flexible Icing Compress for
Therapy 12"x21" Reusable Oversize
Multipurpose Cold Clay Pack for Back,
Sciatica, Knee, Hip Pain Relief - Includ...

209

$23⁹⁹

Get it as soon as **Tomorrow, Oct 3**
FREE Shipping on orders over $25 shipped by
Amazon

**FSA or HSA eligible**

Display a Product bought that proved objective, displayed on AmAzon website. Note in circle this IS a Product that Amazon bought from producer and keeps in it's STOCK.

IN STOCK!

---

Shop candy, costumes, and more

IceWraps Flexible Icing Compress for Therapy 12"x21" Reusable Oversize Multipurpose Cold Clay Pack for Back, Sciatica, Knee, Hip Pain Relief - Includes Free Bonus Fabric Cover

by IceWraps

200 ratings | 17 answered questions

Price: $23.99 & FREE Shipping on orders over $25 shipped by Amazon. Details

Get $60 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

- Flexible when frozen and long lasting - Inner filling is made with all-natural healing clay and oils. Formulated to release at a stable and soothing cool temperature over an extended period of time.
- Extra Large 12"x21". Includes soft washable fabric cover to keep skin comfortable & dry from condensation.
- Recommended by doctors for preventing injuries or post surgery recovery. Stays cold up to 45 minutes.
- Great for chronic pain, pinched nerve, sciatica, joint inflammation, hip injury, arthritis, or bursitis.
- IceWraps is committed to your satisfaction and stands by its 1 year warranty against any quality issues.

1 new from $23.99

☐ Report incorrect product information.

$23.99
& FREE Shipping on orders over $25 shipped by Amazon. Details

Arrives: Oct 8 - 11

Fastest delivery: Tomorrow
Order within 10 hrs 30 mins

⊘ Deliver to valdikin - Belwood
11635

In Stock.

Qty: 1

Add to Cart

Buy Now

Sold by IceWraps and Fulfilled by Amazon.

FSA or HSA eligible. Details

Roll over image to zoom in

ORDER PLACED        TOTAL            SHIP TO
August 21, 2019     $31.98           valmiki ramani

## Return complete

Your return is complete. Your refund has been issued. When will I get my refund?

Track

View

Le

Wri

Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Direct from The Freezer (by Magic Gel)
Sold by: Stretton Online
$23.99

Buy it again

A copy of my return
of defective product

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

-----------------------------------------------------X

VALMIKI RAMANI

               Plaintiff,

       - against -

AMAZON.COM,

               Defendant

-----------------------------------------------------X

**STIPULATION OF SETTLEMENT**

Index No. CV-026077-19-QU

    It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows:

    Defendant Amazon.com ("Amazon") shall pay Plaintiff Valmiki Ramani ("Plaintiff") two-thousand dollars ($2,000.00). In exchange, Plaintiff agrees to discontinue this lawsuit with prejudice and relieve, release and forever discharge Amazon and each of its affiliates, subsidiaries, attorneys, agents, officers, directors, shareholders, members, and employees (collectively "Representatives") of and from any and all losses, liabilities, demands, costs, expenses, damages, claims, suits, actions and causes of action of whatever kind or nature against Amazon and its Representatives arising from or relating to this litigation.

    This Stipulation may be signed in counterparts and facsimile signatures are valid and binding.

_____
Plaintiff Valmiki Ramani

Dated: 6/23 2019

_____
Geoffrey Brownell, counsel for Defendant
Amazon.com

Dated: 8/26/2019

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

VALMIKI RAMANI,

                         Plaintiff,

      - against -

AMAZON.COM,

                  Defendant.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Index No. CV-026077-19/QU

    **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that whereas no party hereto is an infant or an incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-captioned action, and all claims and counterclaims asserted herein, are discontinued with prejudice and without costs to either party as against the other.

    This Stipulation may be signed in counterparts and facsimile signatures are valid and binding.

_____
Plaintiff Valmiki Ramani

Dated:

_____
Geoffrey E. Brandl, counsel for Defendant
Amazon.com

Dated: 8/15/2019

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

...                                                    x

VALMIKI RAMANI                               :      **STIPULATION OF SETTLEMENT**

                          Plaintiff,         :

             - against -                      :      Index No. CV-026077-19.QU

AMAZON.COM,                                   :

                          Defendant          :

...                          ............

It is hereby stipulated and agreed by and between the parties that the above-referenced

action is settled as follows:

Defendant Amazon.com ("Amazon") shall pay Plaintiff Valmiki Ramani ("Plaintiff")

two-thousand dollars ($2,000.00). In exchange, Plaintiff agrees to discontinue this lawsuit with

prejudice and relieve, release and forever discharge Amazon and each of its affiliates,

subsidiaries, attorneys, agents, officers, directors, shareholders, members, and employees

(collectively "Representatives") of and from any and all losses, liabilities, demands, costs,

expenses, damages, claims, suits, actions and causes of action of whatever kind or nature against

Amazon and its Representatives arising from or relating to this litigation.

This Stipulation may be signed in counterparts and facsimile signatures are valid and

binding.

Plaintiff Valmiki Ramani

_____ Brownell, counsel for Defendant
Amazon.com

Dated:

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

VALMIKI RAMANI,

       Plaintiff,

    - against -

AMAZON.COM,

       Defendant.

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE**

Index No. CV-026077-19/QU

    **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that whereas no

party hereto is an infant or an incompetent person for whom a committee or conservatee has been

appointed, and no person not a party has an interest in the subject matter of the action, the above-

captioned action, and all claims and counterclaims asserted herein, are discontinued with

prejudice and without costs to either party as against the other.

    This Stipulation may be signed in counterparts and facsimile signatures are valid and

binding.

Plaintiff Valmiki Ramani

             , counsel for Defendant
Amazon.com

Dated:

**Civil Court of the City of New York**

County of _Queens_

Part

Index Number _CV-031556-19/QU_

Motion Cal. # _____   Motion Seq. # _____

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

~~Matter~~ _Valmiki Ramant_

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

_Amazon.com_

Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | 1 |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits ............................. | |
| Replying Affidavits............................... | |
| Exhibits ......................................... | |
| Other............................................. | |

Upon the foregoing cited papers, the Decision/Order on this Motion to _Defendants_ _Direct Plaintiff_ _to file a formal pleading_ is as follows:

1) denied

2) Endorsed complaint is sufficient pursuant to the standard discussed in Holloway v New York City Transit Authority, 690 NYS2d. 261 (~~~~ Civ Ct NY County 1999).

3) Plaintiff may submit a motion to dismiss based on Photo Service.

Civil Court
of the
City of New York

OCT 2 2 2019

ENTERED
QUEENS COUNTY

SO ORDERED

OCT 2 2 2019

10/22/19

Date

_John Katsanos_

Judge, Civil Court

**Hon. John C.V. Katsanos**

CIV-GP-85 (Revised, September, 1999)

*[handwritten annotations]*
*Service*
*CV 026077-19 QC*
*29-07-19  Settled 8-26-2019*
*Subpoena, Civil Ans  Geoffrey Brownell*
*Comp*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x

VALMIKI RAMANI,

                              Plaintiff,

          - against -

AMAZON.COM,

                              Defendant.

-----------------------------------------------------------------x

**AFFIRMATION**

Index No. CV-031556-19/QU

Taaj M. Reaves, an attorney duly admitted to the Courts of the State of New York,
hereby affirms and states under penalty of perjury as follows:

1.       I am an associate at the firm Davis Wright Tremaine LLP, attorneys for
Defendant Amazon.com ("Amazon").

2.       I submit this affirmation in support of Amazon's motion for an order pursuant to
§ 902(e) of the New York City Civil Court Act ("NYCCA") to direct Plaintiff Valmiki Ramani
("Plaintiff") to serve and file a formal pleading.

3.       On September 17, 2019, Plaintiff filed an "Endorsed Complaint," attached as
**Exhibit A** (the "Endorsed Complaint"). The Endorsed Complaint was accompanied by what
appeared to be a formal pleading. See Exhibit A at 3-8. These documents were served on
Amazon on September 17, 2019 via fax and electronic mail. Thus, Amazon has not been
properly served with the Endorsed Complaint and reserves its right to move to dismiss on the
ground that Plaintiff failed to effectuate proper service.

4.       Plaintiff filed a second "Endorsed Complaint," attached hereto as **Exhibit B**, with
this Court (the "Second Endorsed Complaint"). Although the Second Endorsed Complaint" is
also dated September 17, 2019, it was not served on Amazon until September 26, 2017. The
Second Endorsed Complaint was also served via fax and electronic mail, and consists of only the

following sentence fragment: "NEW DEVELOPMENT OF PHYSICAL DAMAGE TO MY

BODY- SKIN HAS DEVELOPED AS A RESULT OF DEFECTIVE PRODUCT SOLD –

LEAKING TOXIC GEL ON MY SKIN. I'AM ASKING THE MAXIMUM THIS COURT

ALLOWS OF $25,000.00." Amazon has not been properly served with the Second Endorsed

Compliant and reserves its right to move to dismiss on the ground that Plaintiff failed to

effectuate proper service.

5.      Amazon is unable to determine whether Plaintiff's second "Endorsed Complaint"

intends to incorporate the allegations from the formal pleading that accompanied his first

"Endorsed Complaint," or whether Plaintiff is alleging new or different facts in support of his

request for increased damages.

6.      Accordingly, Amazon is unable to articulate a cogent defense based on the

representation in the Endorsed Complaint of Plaintiff's "nature and substance of the cause of

action," as required by NYCCA § 902(a)(1), and thus respectfully requests that the Court grant

its motion and order Plaintiff to file a formal pleading pursuant to § 902(e) of the NYCCA.

Dated:      New York, New York
            October 4, 2019


                                            _Taaj M Reaves_
                                            _____
                                            Taaj M. Reaves

2

# EXHIBIT B

# Civil Court of the City of New York
## County of Queens

Index Number: **CV-031556-19/QU**

| | |
|---|---|
| VALMIKI RAMANI<br>          Plaintiff(s)<br>     -against-<br>AMAZON.COM<br>          Defendant(s) | AMENDED  **SUMMONS WITH<br>ENDORSED<br>COMPLAINT**<br>BASIS OF VENUE: Plaintiff's residence<br><br>Plaintiff's Address (s) :<br>VALMIKI RAMANI<br>139-05 85 DR<br>APT 6D<br>BRIARWOOD, NY 11435 |

To the named defendant (s)
AMAZON.COM (Deft), at 410 TERRY AVE N, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $25,000.00 and interest  as detailed below.
Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date:September 17, 2019

Alia Razzaq
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: NEW DEVELOPMENT  OF PHYSICAL DAMAGE TO MY BODY-SKIN HAS DEVELOPED AS A RESULT OF DEFECTIVE PRODUCT SOLD - LEAKING TOXIC GEL ON MY SKIN. I'AM ASKING THE MAXIMUM THIS COURT ALLOWS OF $25,000.00

### *NOTE TO THE DEFENDANT

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*
*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
*C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:     *Valmiki Ramani*
PRINT NAME:    VALMIKI RAMANI

rs



Extra Large Ice Pack for Injuries - Covers
Entire Back, Hips, Neck and Spine.
Reusable and Flexible Direct from The
Freezer (by Magic Gel)

75

$23⁹⁹

Get it as soon as Wed, Sep 18
FREE Shipping on orders over $25 shipped by
Amazon

Exhibit B

# EXHIBIT A

Civil Court of the City of New York
County of Queens

Index no: CV-031556-19/QU

VALMIKI RAMANI
        Plaintiff(s)
   -against-
AMAZON.COM
        Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of _Queens_ ss:

_Zlata Akilova_, being duly sworn, deposes and says:
      (Name of Server)

I am over 18 years of age and **not a party to** this action.

At _____ ,AM/PM, on _09/17/19_ at _139-09 84th Drive IN Briarwood, NY 11435_
     (Time)          (Date)            (Address)

in the County of _Queens_ , City/State of New York, I served the attached
        (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _Amazon.com_
                         (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_Fax (206) 266-7010  Subpoena-civil @ Amazon.com_ who is:
      (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
    or,
[] known  to me to be the _____ of the _Amazon Civil Process_
               (Title)              (Corporation/Partnership)

| Description of Individual Served in Person: | | |
| --- | --- | --- |
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this _17_ day of _9_ , 20 _19_
                              (Signature of Deponent)

_____
   (Notary Public)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

# Civil Court of the City of New York
**County of Queens**

Index Number: **CV-031556-19/QU**

VALMIKI RAMANI
                    Plaintiff(s)

-against-

AMAZON.COM
                    Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
VALMIKI RAMANI
139-05 85 DR
APT 6D
BRIARWOOD, NY 11435

To the named defendant (s)

AMAZON.COM (Deft), at 410 TERRY AVE N, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the County of **Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $5,000.00 and interest  as detailed below.
Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date:September 17, 2019

Alia Razzaq
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:   **Personal Injuries; Other: Defective product for $5,000.00 with interest from 09/06/2019**

### *NOTE TO THE DEFENDANT*

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:   *Valmiki Ramani*
PRINT NAME:   VALMIKI RAMANI

The Civil Court of New York
county of Queens:
VALMIKI RAMANI
    PLAINTIFF
    against                  INDEX NO:
Amazon.com              COMPLAINT
    Defendant

1) To the Civil Court of New York Stat, County of Queens,
I, Valmiki Ramani, plaintiff of 139-05 85 DR.
APT 6D, Briarwood NY 11435, here by deposes
the following to be True against online vendor
Amazon.Com INC of 410 Terry Ave W
Seattle. WA 98109, that during the month
of September 2019 I ordered and received one
12 x 21 inches ICE WRAP ICING Compress at a
Cost of $23.99, as shown in exhibit A attached.

2) I placed it in the Fridg's Freezer so it
can become cold and then began to
use it placed in a pink cotton tea shirt to
avoid Frost bite, in use part was around my
left hip and the remainder on my abodmon.
The first and second times I used it were
Successful, however the third time I used
it was different, I was laying on a towel
on the bed with ICE pack (extra Large)
strapped on me, my hand was on my side

(2)

left, when I felt a cold liquid on it, I immediately got up took the ice pack off my body, only to find there was a cream liquid gell on my abodem and running down my left hip onto the towel. I immediately took paper towel and wiped the gel off my body and took the ice pack and placed it in a plastic bag after looking to see where the gel came out from. It appears there were at least three 1.5 cm circle which looked liked caps, it was from there the gell was leaking out. I then noticed that the area that the gel was on my skin had taken on a pink to red colour. I then proceeded to take a shower to wash the gel from off my body fearing it was toxic.

(3) I then took a steroid cream I was prescribed by my doctor for other skin problems and mixed it with Eucerin lotion to form a compound and rubbed my pink to red skin, I then took Siran wrap and wrapped my abodem and around my body with it so I could put on clothes.

(2)

4) I then made a call to my primary care physician, and told him what had happened and how I handled it. He approved and told me to immediately report to him any changes, over several days of treatment, my abdomen showed some improvement, however afraid of being exposed by toxins, I went in on 9-16-19 to my physician to show him my abdomen.

5) I have sustained injury to my skin on my abdomen, and do not know if any toxins have entered my body through the leakage of the ice wrap content onto my body, for this I am being observed by my physician.

6) Amazon.com has been default for selling poor quality and defective product to be used on human skin-body, I was told to return it to them which I did by return UPS Lable number 1Z6U51Y1903895 7572, it was received

7) For injury suffered by Amazon.com defective product, I am seeking monetary compensation of $5,000.00;

3

from the seller of Ice wrap extra large
Icing Compress 12 x 21 inches, sold
at the price of $23.99.

Valmiki Ramani
Plaintiff
Valmiki Ramani
PH: 718-291-2978
Email: Valmiki.D.R.@
Gmail.Com

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

9/16/19

Exhibits Attached:

"A" - Doctor's Report.

(4)                                                    1

HAZARIAN MEDICAL ASSOCIATES PLLC

4338 44TH STREET SUNNYSIDE NEW YORK 11104

7287862734


RE: RAMANI, VALMIKI

DOB 11/24/1948


TO WHOM IT MAY CONCERN:


THE ABOVE PATIENT IS UNDER MY MEDICAL CARE FOR MULTIPLE MEDICAL PROBLEMS SEEN IN MY OFFICE ON 09/16/19 FOR ACUTE CONTACT DERMATITIS INVOLVING HIS LEFT FLANK AND ABDOMEN RELATED TO THE LEAKAGE OF AN ICE PACK USED BY PATIENT IN ORDER TO ALLEVIATE PAIN IN THE AREA SEVERAL DAYS AGO. PHYSICAL EXAM REVEALS REDNESS, INFLAMMATION, AND TENDERNESS. TOPICAL TREATMENTS WERE ADVISED. PLEASE CONTACT ME IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS.

SINCERELY,

ARTHUR HAZARIAN MD

09/16/2019


Exhibit "A"

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

----------------------------------------------------- x

VALMIKI RAMANI,                              :

                        Plaintiff,        :

        - against -                        :

AMAZON.COM,                                   :

                 Defendant.       :

----------------------------------------------------- x

     **NOTICE OF MOTION**

     Index No. CV-031556-19/QU

PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Taaj M. Reaves, dated October 4, 2019, the exhibits annexed thereto, the accompanying memorandum of law, and all other pleadings and proceedings heretofore had herein, defendant Amazon.com will move before the Civil Court of the City of New York, County of Queens, 89-17 Sutphin Boulevard, Jamaica, New York 11435, Part 34, Room 306, at 9:30 a.m. on October 22, 2019, or as soon thereafter as counsel may be heard, for an order pursuant to § 902(e) of the New York City Civil Court Act to direct Plaintiff Valmiki Ramani to serve and file a formal pleading.

PLEASE TAKE FURTHER NOTICE that pursuant to CPLR 2214(b), Plaintiff's answering papers, if any, shall be served upon the undersigned on or before October 21, 2019.

Dated:     New York, New York
            October 4, 2019

                              _Taaj M. Reaves_

                              _____

                              Taaj M. Reaves
                              DAVIS WRIGHT TREMAINE LLP
                              1251 Avenue of the Americas, 21st Floor
                              New York, NY 10020
                              Phone: (212) 489-8230
                              E-mail:Taajreaves@dwt.com

                              *Attorney for Defendant Amazon.com*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

------------------------------------------------------- x

VALMIKI RAMANI,                          :

                 Plaintiff,          :      **MEMORANDUM OF LAW**

                             :

      - against -                      :

                             :      Index No. CV-031556-19/QU

AMAZON.COM,                              :

                 Defendant.       :

------------------------------------------------------- x

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR THE FILING OF A FORMAL PLEADING

Defendant Amazon.com ("Amazon") submits this memorandum of law in support of its motion for an order to direct Plaintiff Valmiki Ramani ("Plaintiff") to file a formal pleading pursuant to § 902(e) of the New York City Civil Court Act ("NYCCA").

Plaintiff filed an "Endorsed Complaint" as the operative pleading in this case. Pursuant to § 902(a)(1) of the NYCCA, "[i]f the plaintiff's cause of action is for money only, the cause of action may be set forth by indorsement upon the summons. The indorsement shall consist of a statement of the nature and substance of the cause of action." Section 902(e) permits the court, "on the motion on notice of a party, [to] direct the service and filing of a formal pleading." *Id.* § 902(e). Courts acknowledge that a motion for the filing of a formal pleading pursuant to § 902(e) is appropriate not only when "courts have doubts regarding the sufficiency of an endorsed complaint," but also when "defendants wish to obtain more detailed facts regarding plaintiff's claims." Holloway v. N.Y. City Transit Auth., 182 Misc. 2d 749, 754, 755 699 N.Y.S.2d 261, 265, 266 (N.Y. City Civil Ct. 1999); see also Gounder v Upton Cohen & Slamowitz, 20 Misc. 3d 141(A) (App Term, 2d & 11th Jud Dists 2008) ("Where a court has doubts regarding the sufficiency of an indorsed complaint, the complaint should not be dismissed

outright, but rather the plaintiff should be directed to serve and file a formal pleading pursuant to CCA 902(e)."); Herman v. East Ramapo Central School District, 99 Misc.2d 696, 698, 416 N.Y.S.2d 1003 (Justice Court, Rockland Co. 1979) ("However, where as in the case at bar the defendant challenges the sufficiency of the complaint, it is appropriate to order plaintiff on the Court's own motion to serve and file a formal complaint pursuant to Section 902(e)."); Siegel, Practice Commentaries, McKinney's Consolidated Laws of New York, Judiciary (Book 29A) — New York City Civil Court Act § 903, at 179 ("The only motions that should be available against [the efficacy of statements in endorsed complaints] are those that reasonably seek amplification, such as a motion under § 902(e) to compel the service of a formal pleading.").

In this case, Plaintiff filed an "Endorsed Complaint," accompanied by what appeared to be a formal pleading. See Reaves Aff. ¶ 3 & Ex. A. However, Plaintiff later filed a second "Endorsed Complaint" with this Court. Plaintiff's second "Endorsed Complaint" consists of only the following sentence fragment: "NEW DEVELOPMENT OF PHYSICAL DAMAGE TO MY BODY- SKIN HAS DEVELOPED AS A RESULT OF DEFECTIVE PRODUCT SOLD – LEAKING TOXIC GEL ON MY SKIN. I'AM ASKING THE MAXIMUM THIS COURT ALLOWS OF $25,000.00." See Reaves Aff. ¶ 4 & Ex. B. Amazon is unable to determine whether Plaintiff's second "Endorsed Complaint" intends to incorporate the allegations from the formal pleading that accompanied his first "Endorsed Complaint," or whether Plaintiff is alleging new or different facts in support of his request for increased damages. See Reaves Aff. ¶ 5. Accordingly, Amazon requests that the Court order Plaintiff to file a formal pleading because Amazon is unable to articulate a cogent defense based on Plaintiff's representation of his "nature and substance of the cause of action," as required by NYCCA § 902(a)(1). Indeed, Amazon's only response to the current indorsed pleading can be to issue a general denial —

2

forcing the parties into a lengthy and potentially unnecessary discovery process. By contrast, a more fulsome formal pleading would afford both parties the opportunity to assess and potentially resolve this litigation with full knowledge of the relevant factual and legal defenses at the outset.

For the foregoing reasons, Amazon respectfully requests that the Court grant its motion and order Plaintiff to file a formal pleading pursuant to § 902(e) of the NYCCA.

Dated:     New York, New York
           October 4, 2019

Taaj M. Reaves
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
E-mail:Taajreaves@dwt.com

*Attorney for Defendant Amazon.com*

3

Valmiki Ramani petitioner

against

Amazon · Com respondent

INDEX NO

CV-03156-19/Qu

AFFIDAVIT OF Service

State of NewYork County of Queens:

Email

Zlata Akilova being duly sworn deposes and says:

I am over 18 years old and not a party to this action. ON 9-25-19 I served Geoffrey Brownell Defendant Legal agent in newyork via "GeoFFreyBrownell @ D wt. Com" and Defendant Amazon · Com via Email at "Subena-civil @ Amazon 'Com" ammendent Summons and Complaint and exhibits Service to Defendant and defendant's agent cannot be done via personal service and only through via Fax and Email.

Signature: 

Sworn to before me 25 day of 9 -2019 x Zlata Akilova

NOTARY public

BORUKHOV BORIS
Notary Public, State of New York
No. 01BO6347793
Qualified in Queens County
Commission Expires 03/09: 2020    9/25/19

HAZARIAN MEDICAL ASSOCIATES PLLC

4338 44TH STREET SUNNYSIDE NEW YORK 11104

7287862734

RE: RAMANI, VALMIKI

DOB 11/24/1948

TO WHOM IT MAY CONCERN:

THE ABOVE PATIENT IS UNDER MY MEDICAL CARE FOR MULTIPLE MEDICAL PROBLEMS SEEN IN MY OFFICE ON 09/16/19 FOR ACUTE CONTACT DERMATITIS INVOLVING HIS LEFT FLANK AND ABDOMEN RELATED TO THE LEAKAGE OF AN ICE PACK USED BY PATIENT IN ORDER TO ALLEVIATE PAIN IN THE AREA SEVERAL DAYS AGO. PHYSICAL EXAM REVEALS REDNESS, INFLAMMATION, AND TENDERNESS. TOPICAL TREATMENTS WERE ADVISED. PLEASE CONTACT ME IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS.

SINCERELY,

ARTHUR HAZARIAN MD

09/16/2019

Exhibit "A"

**Amazon.com Customer Service** <creply@amazon.com>

to me

Mon, Sep 9, 3:21 PM (5 days ago)

Hello,

I certainly understand that you have returned your "Extra Large Ice Pack for injuries" also you are concerned about the gel being exposed to your abdomen.

Please accept my sincere apologize for the inconvenience, this is definitely not what we want our valued customers to experience. Please do not worry, I'll be helping you out in this regard.

Firstly, I appreciate your efforts bringing this to our knowledge. I have marked this as priority and I've forwarded your comments to our concern department to ensure that this is not repeated in future. I understand that this must be disappointing. We certainly never wanted our customers to face such situations.

We would never want to disappoint a valued customer like you as we always endeavor to assist our customers with the best of our service, however, sometimes we fail to do so due to factors out of our control.

Our officials will investigate this particular issue and work on taking necessary actions to correct this error in future.

One more time we apologize for this error and would like to express our gratitude for the patience and understanding you have displayed thus far. We hope to keep you as part of our valued customer base for a very long time.

Regarding the return we'll send you a confirmation mail once we scan in our fulfillment center.

Rest assured, we'll continue working hard to ensure that you receive accurate service, and to minimize the chances of anything like this occurring again.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

As an Amazon representative, I always love to fulfill my duty as I tried to be precise and accurate in the reply, however, if I've missed anything or if you wish to ask something else, please don't hesitate to write back to us.

I really appreciate your patience and understanding with continued support. We look forward to see you soon as a happy customer.

Thank you for your inquiry. Did I solve your problem?

If yes, please click here:
http://www.amazon.com/gp/help/survey?p=A4T3D0GO1HCL1&key

If no, please click here:
http://www.amazon.com/gp/help/survey?p=A4T3D0GO1HCL1&emp

Best, Regards,

Rain song

Amazon.com.
Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account



IceWraps Flexible Icing Compress for Therapy 12"x21" Reusable Oversize Multipurpose Cold Clay Pack for Back, Sciatica, Knee, Hip Pain Relief - Includ...

209

$23.99

Get it as soon as **Tomorrow, Oct 3**

FREE Shipping on orders over $25 shipped by Amazon

**FSA or HSA eligible**

Roll over image to zoom in

The Healthy Clothes Shop candy, consumer, and more

IceWraps Flexible Icing Compress for Therapy 12"x21" Reusable Oversize Multipurpose Cold Clay Pack for Back, Sciatica, Knee, Hip Pain Relief - Includes Free Bonus Fabric Cover

by IceWraps

⭐ 209 ratings | 17 answered questions

Price: $23.99 & FREE Shipping on orders over $25 shipped by Amazon. Details

Get $60 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

- Flexible when frozen and long lasting - Inner filling is made with all-natural healing clay and oils. Formulated to release at a stable and soothing cool temperature over an extended period of time.
- Extra Large 12"x21": Includes soft washable fabric cover to keep skin comfortable & dry from condensation.
- Recommended by doctors for preventing injuries or post surgery recovery. Stays cold up to 45 minutes.
- Great for chronic pain, pinched nerve, sciatica, joint inflammation, hip injury, arthritis, or bursitis.
- IceWraps is committed to your satisfaction and stands by its 1 year warranty against any quality issues.

☐ 1 new from $23.99

☐ Report incorrect product information.

$23.99
& FREE Shipping on orders over $25 shipped by Amazon. Details

Arrives: Oct 8 - 11
Fastest delivery: Tomorrow
Order within 10 hrs 30 mins

◎ Deliver to valmiki - Briarwood 11435

In Stock.

Qty: 1



Add to Cart

Buy Now

Sold by IceWraps and Fulfilled by Amazon.

FSA or HSA eligible Details

| ORDER PLACED | TOTAL | SHIP TO | OR |
|---|---|---|---|
| August 21, 2019 | $31.98 | valmiki ramani | |

## Return complete

Your return is complete. Your refund has been issued. When will I get my refund?

Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Direct from The Freezer (by Magic Gel)

Sold by: Stretton Online

$23.99

Buy it again

Track

View

Lea

Writ

**Amazon.com Customer Service** <cs-reply@amazon.com>

Mon, Sep 9, 3:21 PM (5 days ago)

to me

Hello,

I certainly understand that you have returned your "Extra Large Ice Pack for Injuries" also you are concerned about the gel being exposed to your abdomen.

Please accept my sincere apologize for the inconvenience, this is definitely not what we want our valued customers to experience. Please do not worry, I'll be helping you out in this regard.

Firstly, I appreciate your effort on bringing this to our knowledge. I have marked this as priority, and I've forwarded your comments to our concern department to ensure that this is not repeated in future. I understand that this must be disappointing. We certainly never wanted our customers to face such situations.

We would never want to disappoint a valued customer like you as we always endeavor to assist our customers with the best of our service, however, sometimes we fail to do so due to factors out of our control.

Our office's will investigate this particular issue and work on taking necessary actions to correct this error in future.

One more time we apologize for this error and would like to express our gratitude for the patience and understanding you have displayed thus far. We hope to keep you as part of our valued customer base for a very long time.

Regarding the return we'll send you a confirmation mail once we scan in our fulfillment center.

Rest assured, we'll continue working hard to ensure that you receive accurate service, and to minimize the chances of anything like this occurring again.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

As an Amazon representative, I always love to fulfil my duty as I tried to be precise and accurate in the reply. However, if I've missed anything or if you wish to ask something else, please don't hesitate to write back to us.

I really appreciate your patience and understanding with continued support. We look forward to see you soon as a happy customer.

Thank you for your inquiry. Did I solve your problem?

If yes, please click here.
http://www.amazon.com/contactus/survey?rc=A4T5POGO01HCL.1&reply

If no, please click here.
http://www.amazon.com/contactus/survey?rc=A4T5POGO01HCL.1&reply

Best Regards,

Rain song

Amazon.com.
Your feedback is helping us build 'Earth's Most Customer-Centric Company.'
http://www.amazon.com/your-account



IceWraps Flexible Icing Compress for
Therapy 12"x21" Reusable Oversize
Multipurpose Cold Clay Pack for Back,
Sciatica, Knee, Hip Pain Relief - Includ...
209

$23⁹⁹

**Get it as soon as Tomorrow, Oct 3**
FREE Shipping on orders over $25 shipped by
Amazon

FSA or HSA eligible



Roll over image to zoom in

**The IceWraps Store** Shop candy, costumes, and more

IceWraps Flexible Icing Compress for Therapy 12"x21" Reusable Oversize Multipurpose Cold Clay Pack for Back, Sciatica, Knee, Hip Pain Relief - Includes Free Bonus Fabric Cover

by IceWraps

★★★★☆    209 ratings | 17 answered questions

Price: $23.99 & FREE Shipping on orders over $25 shipped by Amazon. Details

Get $60 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

- Flexible when frozen and long lasting - Inner filling is made with all-natural healing clay and oils. Formulated to release at a stable and soothing cool temperature over an extended period of time.
- Extra Large 12"x21": Includes soft washable fabric cover to keep skin comfortable & dry from condensation.
- Recommended by doctors for preventing injuries or post surgery recovery. Stays cold up to 45 minutes.
- Great for chronic pain, pinched nerve, sciatica, joint inflammation, hip injury, arthritis, or bursitis.
- IceWraps is committed to your satisfaction and stands by its 1 year warranty against any quality issues.

1 new from $23.99

☐ Report incorrect product information.

$23.99
& FREE Shipping on orders over $25 shipped by Amazon. Details

◉ Arrives: Oct 8 - 11
Fastest delivery: Tomorrow
Order within 10 hrs 30 mins

◉ Deliver to Yefimik - Briarwood

**In Stock.**

Qty:  1

[ Add to Cart ]

[ Buy Now ]

Sold by IceWraps and Fulfilled by Amazon.

FSA or HSA eligible Details



| ORDER PLACED | TOTAL | SHIP TO | OR |
|---|---|---|---|
| August 21, 2019 | $31.98 | valmiki ramani | |

## Return complete

Your return is complete. Your refund has been issued. When will I get my refund?

Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Direct from The Freezer (by Magic Gel)

Sold by: Stretton Online

$23.99

Buy it again

Track y

View o

Lea

Writ

shop candy, costumes, and more

IceWraps Flexible Icing Compress for Therapy 12"x21" Reusable
Oversize Multipurpose Cold Clay Pack for Back, Sciatica, Knee, Hip
Pain Relief - Includes Free Bonus Fabric Cover

by IceWraps

20 ratings | 13 answered questions

Price: $25.99 & **FREE Shipping** on orders over $25 shipped by Amazon. Details

Get $50 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

• Flexible when frozen and long lasting - Inner filling is made with all-natural healing clay and oils. Formulated
  to release at a stable and soothing cool temperature over an extended period of time.
• Extra Large 12"x21": Includes soft washable fabric cover to keep skin comfortable & dry from condensation.
• Recommended by doctors for preventing injuries or post surgery recovery. Stays cold up to 45 minutes.
• Great for chronic pain, pinched nerve, sciatica, joint inflammation, hip injury, arthritis, or bursitis.
• IceWraps is committed to your satisfaction and stands by its 1 year warranty against any quality issues.

List: from $29.99

Frequently bought together information

$25.99
& **FREE Shipping** on orders over
$25 shipped by Amazon. Details

Arrives: **Oct 8 - 11**

Fastest delivery: **Tomorrow**
Order within 10 hrs 50 mins.
Details

Deliver to solitaire - Jamestown
11357

**In Stock.**
Qty: 1



Add to Cart

Buy Now

Sold by IceWraps and Fulfilled by
Amazon.

FSA or HSA eligible Details

| ORDER PLACED | TOTAL | SHIP TO | OR |
|---|---|---|---|
| August 21, 2019 | $31.98 | valmiki ramani | |

## Return complete

Your return is complete. Your refund has been issued. When will I get my refund?

Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Direct from The Freezer (by Magic Gel)

Sold by: Stretton Online

$23.99

Buy it again

Track

View

Lea

Writ

| ORDER PLACED | TOTAL | SHIP TO | OR |
|---|---|---|---|
| August 21, 2019 | $31.98 | [illegible] | |

## Return complete

Your return is complete. Your refund has been issued. When will I get my refund?

Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Design from The Freezer Bay Magic Gel

Sold by: [illegible]

[illegible]

Buy it again

Track

View

Lea

Writ

IceWraps Flexible Icing Compress for Therapy 12"x21" Reusable Oversize Multipurpose Cold Clay Pack for Back, Sciatica, Knee, Hip Pain Relief - Includ...

209

$23^{99}

Get it as soon as **Tomorrow, Oct 3**

FREE Shipping on orders over $25 shipped by Amazon

FSA or HSA eligible

**Amazon.com Customer Service** <care-reply@amazon.com>

to me ▾

Mon, Sep 9 3:24 PM (5 days ago)

Hello,

I certainly understand that you have returned your "Extra Large Ice Pack for Injuries", also you are concerned about the gel being exposed to your abdomen.

Please accept my sincere apologize for the inconvenience, this is definitely not what we want our valued customers to experience. Please do not worry, I'll be helping you out in this regard.

Firstly, I appreciate your effort in bringing this to our knowledge. I have marked this as priority, and I've forwarded your comments to our concern department to ensure that this is not repeated in future. I understand that this must be disappointing. We certainly never wanted our customers to face such situations.

We would never want to disappoint a valued customer like you as we always endeavor to assist our customers with the best of our service, however, sometimes we fail to do so due to factors out of our control.

Our officials will investigate this particular issue and work on taking necessary actions to correct this error in future.

One more time we apologize for this error and would like to express our gratitude for the patience and understanding you have displayed thus far. We hope to keep you as part of our valued customer base for a very long time.

Regarding the return we'll send you a confirmation mail once we scan in our fulfillment center.

Rest assured, we'll continue working hard to ensure that you receive accurate service, and to minimize the chances of anything like this occurring again.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

It is our privilege to have you as our valued customer & we want to make sure you are always taken care of.

As an Amazon representative, I always love to fulfill my duty as I tried to be precise and accurate in the reply, however, if I've missed anything or if you wish to ask something else, please don't hesitate to write back to us.

I really appreciate your patience and understanding with continued support. We look forward to see you soon as a happy customer.

Thank you for your inquiry. Did I solve your problem?

If yes, please click here:
http://www.amazon.com/gp/help/survey?ie=UTF8&p=A3GO1H0L19&r=hn

If no, please click here:
http://www.amazon.com/gp/help/survey?ie=UTF8&p=A3GO1H0L_society

Best Regards,

Rain song

Amazon.com
Your feedback is helping us build Earth's Most Customer-Centric Company.

**amazon**.com

Print this page for your records.

**Order Placed:** August 21, 2019
**Amazon.com order number:** 111-8674163-5979409
**Order Total: $31.98**

## Shipped on August 27, 2019

| Items Ordered | Price |
|---|---|
| 1 of: *The Vitamin Shoppe Lactase Enzyme 125MG, Supports Lactase or Dairy Digestion, Natural Support for Healthy Digestion (100 Softgels)*<br>Sold by: The Vitamin Shoppe (seller profile)<br><br>Condition: New | $7.99 |
| 1 of: *Extra Large Ice Pack for Injuries - Covers Entire Back, Hips, Neck and Spine. Reusable and Flexible Direct from The Freezer (by Magic Gel)*<br>Sold by: Stretton Online (seller profile)<br><br>Condition: New | $23.99 |

**Shipping Address:**
valmiki ramani
139-05 85 dr
6d
briarwood, ny 11435
United States

| | |
|---|---|
| Item(s) Subtotal: | $31.98 |
| Shipping & Handling: | $8.72 |
| Free Shipping: | -$8.72 |
| | ----- |
| Total before tax: | $31.98 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$31.98** |
| | ----- |

**Shipping Speed:**
FREE Shipping

## Payment information

**Payment Method:**
MasterCard | Last digits: 3340

**Billing address**
valmiki ramani
139-05 85 dr
6d
briarwood, ny 11435
United States

| | |
|---|---|
| Item(s) Subtotal: | $31.98 |
| Shipping & Handling: | $8.72 |
| Free Shipping: | -$8.72 |
| | ----- |
| Total before tax: | $31.98 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$31.98** |

**Credit Card transactions**          MasterCard ending in 3340: August 27, 2019: $31.98

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates

# Civil Court of the City of New York
**County of Queens**

Index Number: **CV-031556-19/QU**

VALMIKI RAMANI
   Plaintiff(s)

   -against-
AMAZON.COM
   Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
VALMIKI RAMANI
139-05 85 DR
APT 6D
BRIARWOOD, NY 11435

To the named defendant (s)
   AMAZON.COM (Deft), at 410 TERRY AVE N, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at 89-17 Sutphin Boulevard in the County of **Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $5,000.00 and interest  as detailed below.
Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date:September 17, 2019

Alia Razzaq
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:   **Personal Injuries; Other: Defective product for $5,000.00 with interest from 09/06/2019**

### *NOTE TO THE DEFENDANT

   *A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within* ***TWENTY*** *days after such service; or*
   *B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed* ***THIRTY*** *days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
   *C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: _____
PRINT NAME:   VALMIKI RAMANI

HAZARIAN MEDICAL ASSOCIATES PLLC

4338 44TH STREET SUNNYSIDE NEW YORK 11104

7287862734


RE: RAMANI, VALMIKI

DOB 11/24/1948


TO WHOM IT MAY CONCERN:


THE ABOVE PATIENT IS UNDER MY MEDICAL CARE FOR MULTIPLE MEDICAL PROBLEMS SEEN IN MY OFFICE ON 09/16/19 FOR ACUTE CONTACT DERMATITIS INVOLVING HIS LEFT FLANK AND ABDOMEN RELATED TO THE LEAKAGE OF AN ICE PACK USED BY PATIENT IN ORDER TO ALLEVIATE PAIN IN THE AREA SEVERAL DAYS AGO. PHYSICAL EXAM REVEALS REDNESS, INFLAMMATION, AND TENDERNESS. TOPICAL TREATMENTS WERE ADVISED. PLEASE CONTACT ME IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS.


SINCERELY,


ARTHUR HAZARIAN MD

09/16/2019


Exhibit "A"

```
                    TRANSMISSION VERIFICATION REPORT

                                        TIME  : 09/17/2019 15:32
                                        NAME  :
                                        FAX   :
                                        TEL   :
                                        SER.# : U63274M6J379882


        DATE,TIME                09/17  15:29
        FAX NO./NAME             12129995899
        DURATION                 00:02:47
        PAGE(S)                  08
        RESULT                   OK
        MODE                     STANDARD
                                 ECM
```

TRANSMISSION VERIFICATION REPORT

```
                                        TIME   : 09/17/2019 15:10
                                        NAME   :
                                        FAX    :
                                        TEL    :
                                        SER.#  : U63274M6J379882
```

```
        DATE,TIME              09/17  15:09
        FAX NO./NAME           12062667010
        DURATION               00:01:22
        PAGE(S)                08
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

Civil Court of the City of New York
County of Queens

Index no: CV-026077-19/QU

VALMIKI RAMANI
Plaintiff(s)

-against-

AMAZON.COM
Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of _Queens_ ss:

_ZlatA Akilova_
(Name of Server)

, being duly sworn, deposes and says:

I am over 18 years of age and **not a party** to this action.

At _____,AM/PM, on _07/29/19_ at _139-09 84th Dr., Briarwood, NY 11435_
       (Time)              (Date)       (Address)

in the County of _Queens_ , City/State of New York, I served the attached
              (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _Amazon.com_
                                                (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_Fax (206)266-7010  subpoena-civil@Amazon.com_ who is:
                (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
    or,
[] known to me to be the _____ of the _Amazon Civil Process_
                            (Title)                  (Corporation/Partnership)

| Description of Individual Served in Person: | | |
| --- | --- | --- |
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this _29_ day of _07_, 20 _19_

_____                    _____
(Notary Public)                              (Signature of Deponent)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

Civil Court of the City of New York
County of Queens

ORIGINAL PARTY

Index no: CV-031556-19/QU

**VALMIKI RAMANI**
                    Plaintiff(s)

RECE

SEP 1 8 2019

    -against-
**AMAZON.COM**
                    Defendant(s)

CIVIL

QUEENS COUN

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of ___Queens___ ss:-

_____Zlata  Akilova_____, being duly sworn, deposes and says:
                    (Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____,AM/PM, on __09/17/19__ at __139-09  84th  Drive 1A  Briarwood, NY 11435__
        (Time)                        (Date)              (Address)

in the County of _____Queens_____, City/State of New York, I served the attached
                    (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on ___Amazon. com___
                                                        (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

__Fax (206) 266-7010  Subpoena-civil @ Amazon. com__ who is:
                (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
        or,
[] known  to me to be the _____ of the __Amazon  Civil  Process__
                                (Title)                    (Corporation/Partnership)

| Description of Individual Served in Person: | | |
|---|---|---|
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this __17__ day of __9__, 20 __19__  _____
                                                        (Signature of Deponent)

_____
        (Notary Public)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF** _____ **: PART**

Index No.: CV-03155G-19/QU

VALMIKI Ramen, Petitioner,

**AFFIDAVIT OF SERVICE**
~~BY MAIL~~
EMAIL

-against-

Amazon.Com

Respondent.

STATE OF NEW YORK
COUNTY OF Queens

Sion Zlata Akilova _____ being duly sworn,
deposes and says:

I am over 18 years of age and not a party to this action. On 09/19/19

I served GEOFFREY BROWNELL Amazon Legal Agent

upon geoffreyBrownell@DWT.com, the _____ in this
Emailing

proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a

postpaid envelope, which I deposited in an official depository under the exclusive care and

custody of the United States Postal Services within the State of New York addressed to

GeoFFRey Brownell@DWT.com the new york Legal Agent

at: Davis WRight Tremaine LLP 1250 Ave of Americos
21st Fl ny ny 10020          Signature: Sioakov

Sworn to before me this 19 day of 9 20/9

_____
Notary Public or

ZLATA AKILOVA
Notary Public, State of New York
Reg. No. 01AK6355611
Qualified in Queens County
Commission Expires 03/13/2021

CIV-GP-11 (March 2001)

HAZARIAN MEDICAL ASSOCIATES PLLC

4338 44TH STREET SUNNYSIDE NEW YORK 11104

7287862734

RE: RAMANI, VALMIKI

DOB 11/24/1948

TO WHOM IT MAY CONCERN:

THE ABOVE PATIENT IS UNDER MY MEDICAL CARE FOR MULTIPLE MEDICAL PROBLEMS SEEN IN MY OFFICE ON 09/25/19 C/O SEVERAL NEW SKIN LESIONS  INVOLVING HIS LEFT FLANK AND ABDOMEN OVERLYING THE AREA WITH PREVIOUS LEAKAGE OF AN ICE PACK USED BY PATIENT IN ORDER TO ALLEVIATE PAIN IN THE AREA OCCURRING APPROXIMATELY TWO WEEKS AGO. PHYSICAL EXAM REVEALS SEVERAL AREAS OF VARYING SIZES OF HYPERPIGEMNTED DERMATITIS OVERLYING LEFT ANTERIOR LOWER ABDOMEN, LEFT FLANK AND BUTTOCKS. TOPICAL TREATMENTS ARE ADVISED. PLEASE CONTACT ME IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS.

SINCERELY,

ARTHUR HAZARIAN MD

09/25/2019

County of Queens : PART

Valmiki Ramani petitioner

against

Amazon . Com  respondent

INDEX NO
CV-03156-19/QU

AFFIDAVIT OF Servic

E mail

State of NEW YORK County of Queens:

Zlata Akilova                    being duly sworn
deposes and says:

I am over 18 years old and not a party to this action.
ON 9 - 25 -19  I served Geoffrey Brownell
Defendant Legal agent in Newyork via "GeoffreyBrownell @ DWT.
Com" and Defendant Amazon . Com via Email
at "Subena - civil @ Amazon Com" ammendent
Summons and Complaint and exhibits
service to Defendant and defendant's
agent cannot be done via personal service
and only through via Fax and Email.

Signature:

Sworn to before me 25 day of 9 -2019  x   Zlata Akilova

Notary public

BORUKHOV BORIS
Notary Public, State of New York
No. 01BO6347799
Qualified in Queens County
Commission Expires 07/09/  20
9/25/19

**Civil Court of the City of New York**

County of Queens

Index Number: **CV-031556-19/QU**

---

VALMIKI RAMANI

          Plaintiff(s)

   -against-

AMAZON.COM

          Defendant(s)

AMENDED **SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
VALMIKI RAMANI
139-05 85 DR
APT 6D
BRIARWOOD, NY 11435

---

To the named defendant (s)

  AMAZON.COM (Deft), at 410 TERRY AVE N, Seattle, WA 98109

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $25,000.00 and interest  as detailed below.

Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date:September 17, 2019

                        Alia Razzaq

                        Chief Clerk

### **ENDORSED COMPLAINT**

The nature and the substance of the plaintiff's cause of action is as follows: NEW DEVELOPMENT  OF PHYSICAL DAMAGE TO MY BODY-SKIN HAS DEVELOPED AS A RESULT OF DEFECTIVE PRODUCT SOLD - LEAKING TOXIC GEL ON MY SKIN. I'AM ASKING THE MAXIMUM THIS COURT ALLOWS OF $25,000.00

#### *NOTE TO THE DEFENDANT*

    *A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*

    *B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

    *C) Following CPLR 321(a) corporations must be represented by an attorney.*

#### *\* NOTE TO THE SERVER OF THE SUMMONS*

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**

*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:      _____

PRINT NAME:    VALMIKI RAMANI

Civil Court of the City of New York
County of Queens

Index no: CV-026077-19/QU

VALMIKI RAMANI

Plaintiff(s)

-against-

AMAZON.COM

Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of ___Queens___ ss:

_____ZLATA   AKILOVA_____, being duly sworn, deposes and says:
(Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____,AM/PM, on __07/29/19__ at __139-09 84th De, Briarwood, NY 11435__
(Time)                    (Date)              (Address)

in the County of _____Queens_____, City/State of New York, I served the attached
(Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on ___Amazon.com___
(Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

Fax (206)266-7010   Subpoena - civil@ amazon.com ___ who is:
(Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
or,
[] known to me to be the _____ of the __Amazon Civil Process__
(Title)                                        (Corporation/Partnership)

| Description of Individual Served in Person: | | |
|---|---|---|
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this __29__ day of __07__, 20 _19_

_____     _____
(Notary Public)                        (Signature of Deponent)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

Civil Court of the City of New York
County of Queens

Index no: CV-026077-19/QU

VALMIKI RAMANI
         Plaintiff(s)
    -against-
AMAZON.COM
         Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of _Queens_ ss:

_Zlata Akilova_ , being duly sworn, deposes and says:
              (Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____ ,AM/PM, on _07/29/19_ at _139-09 84th Dr, Briarwood, NY 11435_
    (Time)              (Date)        (Address)

in the County of _Queens_ , City/State of New York, I served the attached
                  (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _Amazon.com_
                                                    (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_Fax (206)266-7010 subpoena-civil@amazon.com_ who is:
                    (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
      or,
[] known to me to be the _____ of the _Amazon Civil Process_
                              (Title)              (Corporation/Partnership)

| Description of Individual Served in Person: | | |
|---|---|---|
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

Sworn to before me this _29_ day of _07_ , 20_19_
_____
        (Notary Public)                    (Signature of Deponent)

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045819
Qualified in Queens County
Commission Expires July 31, 2022

COPY
ORIGINAL PAPERS RECEIVED AND FILED
ON JUL ~ 0 2019
CIVIL COURT
QUEENS COUNTY

Civil Court of City of New York.

County of Queens

Valmiki Ramani
Plaintiff

Amazon.com
Defendant

Index No
CV-031556-19/QU
Motion Reply

To the defense attorney and DWT LLP,
you content in your motion is
pathetic, to dig into my legal history
and bring to the court's attention that
I have/had six lawsuits, but principibly
mention that I sued President B. Obama
without stating the facts as the New
1) York Post wrote it, Obama a sleeze,
and google this and thrusting this
in the fore front of you motion is
disgusting, Let me enlighten you!?

3) 2010 In the Gulf of Mexico BP US had
an oil spil and could not stop or
contain it, it was on all times on TV
showing the oil coming out the broken
well, and crude oil polating the
entire region the US Government could
not stop it, and BP US could not,
the company's Chairman left and went
Sailing on the Thames River while

(1)

the American Homeland suffered. Obama's Government made a national appeal for any one who had any idea to put a stop to the well etc, to come forward. I previously worked as a Officer Cadet on a Cadian merchant ship who ran ore and crude oil between South America and Trinidad W.I. I saw crude oil and the damage it was doing to the beautiful bay and thought up of a way to clean it up, you can't just put a match to it and it will burn it's crude unprocessed oil, I decided that it had to be made cobustiable by infusing it with an agent — Kerosone, absolete then setting it aflame. I also designed a method to cap the well. I made diagrams of this and along with an IMPLIED CONTRACT embodied in a Letter I sent it to Obama, two weeks later Oval office speech he announced they had began to burn the oil, did you

(21)

brilliant people wonder how it was
you stopped seeing T.V pix's of
the gushing oil 3 & then wrote
Obama requesting 1.5 million
for my efforts, he refused to pay
me dispite BP US was going to pay
the US government Billions in
compensation, So I sued him even
in federal Court when Chief Justice
C. Mac Mahon revealed he had
immunity. Look at the google
article and see what and how
the New York Post describes him,
So you big shot Lawyers, I sue
when I have a valid right to!
So Let this Civil Court Judge on
S Tuphin Blvd buy into it I Sue!!!

③ July an Amazon delivery person kept
pressing my doorbell, asked why he kept doing
it, he said I am m Amazon delivery man,
I asked him you here delivering for me, he said

131

No, then I said to him why the hell they you are Ringing my door be, I was sedated and resting, he then slamed the heavy box into my Right shoulder and kneed me in the Right leg to get past me — the door, into the lobby, after dumping the box he accosted me and with fury said he would "Kick my ass" - verbatim I filed a law suit against Amazon, after their office told me they do not accept PERSONAL Service, it had to be FAXed — or Emaid or both — I did so and DWT replied and an out of court settlement of $2,000 was made.

4) Two months later a gel pack I purchased from the defendants leaked unto my body — skin initally causing contact dermatatis, I filed suit, then between the week I was to return to my doctor's office for a follow up, large (3) brown skin large patches appered, I ammended the suit

(41

Now in this Law Suit for the damage
To my person Amazon defense
is claiming,

(A) We sell it damage the user, but we
are not responsible, despite in the
add it says "IN STOCK", which
means it's a product Amazon buys
from a manufacture and sells, and
this being so there is no contract
between me the buyer, and Amazon
the Seller, that I should seek out
the manufacture and sue the also
it not so, their Contract of Sale was
between myself and Amazon who carried
the product in stock, it was not shipped
from a third party

(2) Service — Two months before the gel
spill, I successful sued Amazon
using as to Lol to email Subpoena Civil
Amazon.com, it worked DWI Replied
— their Legal people then TWO months
after the gel spill, I Faxed not Emailed

(5)

the second Law suit the same way as the first, and DWT responded and they are saying Amazon was not properly Served, why then did they replied if the email address SadPeone. Civil @ Amazon . Com was not valid? No they have changed their process Service Fax number and from Email to regular mail to get out of this Law Suit, it's not going to fly!!!

6) Why does Amazon do not think they owe me compensation for the damage to my body the product did to my body, is it because they are endowed to keep all monies and keep making monies even if their customers suffers injury. Well it's not going to happen Amazon is not getting out of this, and I will no reply to all the other legal Jargon

(6)

Contained in this motion, because the
Judge in this case in the civil
Court will have to see the facts
and award me compensation.
If not, this will go to a
higher court, Amazon is worth
$140 Billion dollars and they are
Running greedly from a case of
this size!

VALmiki Ramawn
Plaintiff
Valmiki Ramawn

Taaj M Reaves
DWT LLP
1251 6th Ave.
NY NY

(7)